# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA
## GREENWOOD DIVISION

| | | |
|---|---|---|
| LaKrystal Coats, as Personal Representative of the Estate of Demetric Cowan, | ) ) ) ) | C/A #: 1:17-cv-02930-TLW-SVH |
| Plaintiff, | ) ) | |
| v. | ) ) | **STIPULATION FOR SUBSTITUTION OF COUNSEL** |
| Ray Pope, in his individual capacity; FNU Nichols, in his individual capacity; FNU Cardarelli, in his individual capacity; FNU White, in his individual capacity; Gerald Brooks, in his individual capacity as Chief of Police of the City of Greenwood; Sidney Montgomery, in his individual capacity; Roy Murray, in his individual capacity; Pamela Osborne, in her individual capacity; Tony Davis, in his individual capacity as Sheriff of Greenwood County, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

It is stipulated and agreed that David L. Morrison be substituted in the place of Russell L. Harter, Jr. as counsel of record for the Defendant, Pamela Osborne. It is further stipulated and agreed that Russell W. Harter, Jr. is relieved of all further responsibility in this matter as to Defendant Pamela Osborne.

June 13, 2018    _s/ Russell W. Harter, Jr._____
                 Russell W. Harter, Jr., Esquire (Fed #1753)

June 13, 2018    _s/ David L. Morrison_____
                 David L. Morrison, Esquire (Fed. #3581)