# Exhibit D
## (Forensic Division Lab Report)

# SOUTH CAROLINA LAW ENFORCEMENT DIVISION
## FORENSIC SERVICES LABORATORY REPORT

NIKKI R. HALEY
*Governor*



MARK A. KEEL
*Chief*

Derrick Rash
Greenwood County Coroner's Office
600 Monument St., Suite 115
Greenwood, SC 29648

**TOXICOLOGY DEPARTMENT**
April 15, 2016
SLED No: L16-03565
Your Case No: 34160029
Incident Date: 03/13/2016

[V-Deceased] Cowan Desmond Demetric

This is an official report of the South Carolina Law Enforcement Division Forensic Services Laboratory and is to be used in connection with an official criminal investigation. These examinations were conducted under your assurance that no previous examinations of person(s) or evidence submitted in this case have been or will be conducted by any other laboratory or agency.

Mark A. Keel, Chief
South Carolina Law Enforcement Division

## ITEMS OF EVIDENCE

**Item: 4**   **Sample Type: Blood (Toxicology)** - labeled "COWAN, DEMETRIA DESMOND OA-16-0000053"

Analysis by Headspace Gas Chromatography (GC) and/or Headspace Gas Chromatography/Mass Spectrometry (GC/MS)

| Analyte | Result | Units | Threshold |
|---|---|---|---|
| Ethanol | Negative | % (g/dL) | 0.010 |
| Methanol | Negative | % (g/dL) | 0.010 |
| Acetone | Negative | % (g/dL) | 0.010 |
| Isopropanol | Negative | % (g/dL) | 0.010 |

*CALEA*


ALI-359-T

AN ASCLD/LAB-*International* ACCREDITED TESTING LABORATORY SINCE 09/19/2014
P.O. Box 21398, Columbia, South Carolina 29221-1398   Phone (803) 896-7300   Fax (803) 896-7351

SLED - Cowan 000098

**Screen by Enzyme Linked Immunosorbant Assay (ELISA)**

| Analyte | Result | Units | Threshold |
|---|---|---|---|
| Amphetamine | Negative | mg/L | 0.100 |
| Benzodiazepines | Negative | mg/L | 0.050 |
| Buprenorphine | Negative | µg/L | 1.000 |
| Carisoprodol | Negative | mg/L | 0.500 |
| Methadone | Negative | mg/L | 0.050 |
| Methamphetamine | Negative | mg/L | 0.100 |
| Opiates | Negative | mg/L | 0.075 |
| Oxycodone | Negative | mg/L | 0.075 |
| Tramadol | Negative | mg/L | 0.050 |
| Zolpidem | Negative | mg/L | 0.020 |

**Analysis by Gas Chromatography/Mass Spectrometry (GC/MS)**

| Analyte | Result | Units | Threshold |
|---|---|---|---|
| Cocaine | 6.4 | mg/L | |
| Benzoylecgonine | 5.2 | mg/L | |
|     Synonyms: BE, Cocaine metabolite/hydrolysis product | | | |
| Tetrahydrocannabinol | 14 | µg/L | 2.000 |
|     Synonyms: THC | | | |
| 11-hydroxy-Tetrahydrocannabinol | 2.7 | µg/L | 2.000 |
|     Synonyms: THC metabolite | | | |
| 11-carboxy-Tetrahydrocannabinol | 28 | µg/L | 2.000 |
|     Synonyms: THC metabolite | | | |
| Levamisole | Positive | mg/L | |

**Comprehensive Analysis**

A comprehensive drug screen utilizing gas chromatography/mass spectrometry and liquid chromatography/tandem mass spectrometry was performed on this sample. With the exception of the compound(s) listed, no other drugs or poisons of concern were found.




AN ASCLD/LAB-*International* ACCREDITED TESTING LABORATORY SINCE 09/19/2014
P.O. Box 21398, Columbia, South Carolina 29221-1398   Phone (803) 896-7300   Fax (803) 896-7351

| | |
|---|---|
| <u>Item: 5</u> | **Sample Type: Blood standard** - labeled "COWAN, DEMETRI OA-16-0000053" |

**No Analysis Performed**

| | |
|---|---|
| <u>Item: 6</u> | **Sample Type: Pubic hair combings** - labeled "COWAN, DEMETRIA DESMOND OA-16-0000053" |

**No Analysis Performed**

| | |
|---|---|
| <u>Item: 7</u> | **Sample Type: Gastric** - labeled "Cowan, Demetric OA-16-53" |

**No Analysis Performed**

| | |
|---|---|
| <u>Item: 10</u> | **Sample Type: Fingernail clippings** - Two containers labeled "COWAN, DEMETRIA DESMOND OA-16-0000053" |

**No Analysis Performed**

*This report contains the conclusions, opinions and interpretations of the analyst whose signature appears below.*



Carmen J. Tucker
Forensic Toxicologist

CC: Slizewski, Adam - South Carolina Law Enforcement Division

For any additional interpretation of results please contact the Toxicologist above at the SLED Toxicology Department , (803) 896-7385.

CALEA

ALI-359-T

AN ASCLD/LAB-*International* ACCREDITED TESTING LABORATORY SINCE 09/19/2014
P.O. Box 21398, Columbia, South Carolina 29221-1398  Phone (803) 896-7300  Fax (803) 896-7351