# EXHIBIT A

(Video at Booking will be mailed to chambers)

