# Exhibit B

(Affidavit of Kim A. Collins)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
AIKEN DIVISION

| | | |
|---|---|---|
| *LaKrystal Coats, as Personal* | ) | *C. A. No.: 1:17-cv-02930-TLW-SVH* |
| *Representative of the Estate of* | ) | |
| *Demetric Cowan,* | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | **AFFIDAVIT** |
| | ) | **OF KIM A. COLLINS, M.D.** |
| Ray Pope, in his individual capacity, | ) | |
| FNU Nichols, in his individual capacity, | ) | |
| FNU Cardarelli, in his individual capacity, | ) | |
| FNU White, in his individual capacity, | ) | |
| Gerald Brooks, in his official capacity as | ) | |
| Chief of Police of the City of Greenwood, | ) | |
| Sidney Montgomery, in his individual | ) | |
| capacity, Roy Murray, in his individual | ) | |
| capacity, Pamela Osborne, in her individual | ) | |
| capacity, and Tony Davis, in his official | ) | |
| capacity as Sheriff of Greenwood County, | ) | |
| | ) | |
| Defendants. | ) | |

PERSONALLY APPEARED before me KIM A. COLLINS, M.D., who, being first duly sworn, deposes and states as follows:

1.    That you deponent is a Forensic Pathologist and is Board Certified in Anatomic Pathology, Clinical Pathology, and Forensic Pathology.  That your deponent practiced Forensic Pathology from 1995 to 2008 at the Medical University of South Carolina as a Professor of Pathology and Laboratory Medicine and your deponent has served as Director of both the Autopsy, Pathology  and Forensic Pathology Sections during that time.  That your deponent has also served as Chief Medical Examiner for the County of Charleston.  From 2008 to 2013 your deponent served as a Forensic Pathologist at the Fulton County Medical Examiner's Office in Atlanta, Georgia.

2.      That your deponent practices at Newberry Pathology Associates in Charleston, South Carolina. My duties involve postmortem investigations and examinations including the utilization of autopsy to determine the cause and manner of death as well as determine any underlying pathological conditions or trauma.  That your deponent has performed over 3,000 autopsies with microscopic examinations and interpretations of ancillary studies and your deponent has also conducted numerous death scene investigations.  Your deponent has been qualified as an expert in Forensic Pathology approximately 250 times in state, federal and military courts.  Your deponent is past Chair of the College of American Pathologists Autopsy Committee, past President of the South Carolina Society of Pathologists, and your deponent is an active member of the National Association of Medical Examiners and the American Academy of Forensic Sciences.  Your deponent is past Chair of the Pathology Biology Section of the American Academy of Forensic Science and currently serves on the Board of Directors of the National Association of Medical Examiners and is the past President of that organization.  Your deponent is currently Chair of the National Association of Medical Examiners Board of Directors.   A copy of your deponent's CV is included as Attachment A.  A copy of your deponent's written report dated October 30, 2018 submitted in this case is included as Attachment B and incorporated by reference.

3.      I have reviewed the evidence and materials referenced in the report of your deponent dated October 30, 2018 and specifically the Autopsy/Postmortem Report of Dr. Woodard (Exh. C to Defendants' Motion for Summary Judgment), and the Forensic Service Laboratory Toxicology Report of SLED (Exh. D of Defendants' Motion for Summary Judgment).

4.      That to a reasonable degree of medical certainty Demetric Cowan most probably died due to drug toxicity (cocaine), as is indicated in the autopsy of Dr. Brett Woodard.  That further,

based on my review of the record, Mr. Cowan did not relay to officers that he had swallowed a bag of cocaine. Body stuffing is the act of swallowing a drug in an effort to conceal the drug and avoid an arrest. In my opinion, to a degree of medical certainty the signs and symptoms of toxicity in an incident such as this would appear within seconds to minutes after the rupture of a bag. The signs and symptoms to expect would be chest pain, delirium, hyperactivity, muscle rigidity, seizures, respiratory arrest and coma. In my opinion, to a degree of medical certainty, death in such circumstances, and in this case particularly, is usually rapid and secondary to acute effects on the brain, the heart, and the respiratory system.

5.    Most probably to a degree of reasonable medical certainty even if officers had summoned emergency assistance at or around 3:30 a.m. on the morning of March 13, 2016 when Cowan first exhibited signs and symptoms of any type of medical issue, Mr. Cowan's death was most probably not preventable due to his having ingested cocaine as shown on the autopsy and by toxicology, which was not known by those on scene.

6.    Further even had Cowan been taken to the hospital prior to booking, it is totally speculative as to what, if anything, he would have told providers there about having ingested cocaine.

That further your deponent sayeth not.

Kim A. Collins, M.D.

SWORN TO BEFORE ME
this 28 day of March, 2019.

Notary Public for South Carolina
My Commission Expires: 04/22/2024



Page 3 of 3

# Attachment A

(CV of Kim Collins)

Kimberly Ann Collins, MD
Curriculum Vitae
Page 1

# CURRICULUM VITAE

| | |
|---|---|
| **NAME** | Kimberly Ann Collins, MD |
| **ADDRESS** | 1333 Martins Point Road |
| | Wadmalaw Island, SC  29487 |
| | Telephone:  (843) 557-1935, (843) 214-0378 |
| | E-mail: kimcollinsmd@gmail.com |

## PERSONAL INFORMATION

| | |
|---|---|
| BIRTHPLACE AND DATE | Atlanta, Georgia - December 3, 1963 |
| CITIZENSHIP | United States |

## EDUCATION

| | |
|---|---|
| 1981-1985 | University of Georgia |
| | Athens, Georgia |
| | BS, Microbiology |
| | (Magna cum Laude, Phi Beta Kappa) |
| 1985-1989 | Medical College of Georgia |
| | Augusta, Georgia        MD |

Kimberly Ann Collins, MD
Curriculum Vitae
Page 2

## WORK EXPERIENCE

| | |
|---|---|
| 1988-1989 | Gracewood State School and Hospital, Augusta, Georgia, Extern |
| 1989 (Spring) | Medical College of Georgia, Autopsy Service |
| 1988-1989 | Research with R. Melcher, M.D.:  The Relationship Between Strokes and Seizures, Medical College of Georgia |
| 1988-1989 | Research with R. Baisden, M.D.:  The Effect of Fat Soluble Substrates on the Growth of Tumor Cell Cultures, Medical College of Georgia |

## POSTDOCTORAL TRAINING

| | |
|---|---|
| 1989-1994 | Resident in Pathology (Anatomic & Clinical) North Carolina Baptist Hospital, Bowman Gray School of Medicine, Winston-Salem, North Carolina |
| 1993-1994 | National Health Laboratories Winston-Salem, North Carolina |
| 1993-1994 | Medical Examiner, State of North Carolina |
| 1994-1995 | Fellow in Forensic Pathology Medical University of South Carolina Charleston, South Carolina |

## EMPLOYMENT

Instructor in Pathology and Laboratory Medicine, Medical University of South Carolina, Charleston, South Carolina, 1995-1997

Assistant Professor in Pathology and Laboratory Medicine, Medical University of South Carolina, Charleston, South Carolina, 1997-1999

Kimberly Ann Collins, MD
Curriculum Vitae
Page 3

## EMPLOYMENT (CONTINUED):

Associate Professor in Pathology and Laboratory Medicine, Medical University of South Carolina, Charleston, South Carolina, 1999-2003

Professor in Pathology and Laboratory Medicine, Medical University of South Carolina, Charleston, South Carolina, 2003-2008

Co-Director Pathology Education Division, Medical and Dental School, Medical University of South Carolina, 2000-2008

Chief Deputy Medical Examiner, Charleston County, 1995-1998

Chief Medical Examiner, Charleston County, 1998-2001

Forensic Pathology Section, Medical University of South Carolina, Director, 1998-2006

Forensic Pathology Fellowship Director, Medical University of South Carolina, 1998-2006

Autopsy Pathology Section, Medical University of South Carolina, Director, 2000-2006

Careers in Medicine, Medical University of South Carolina, Co-Director, 2006–2008

Career Development, Medical University of South Carolina, Co-Director, 2006-2008

Forensic Pathologist, Fulton County Medical Examiner's Office, Atlanta, GA, 2008-2013
    Emory University School of Medicine, Department of Pathology and Laboratory Medicine, 2008-2013

LifePoint Organ & Tissue Donation Services for South Carolina, Medical Director, Tissue Division, 2012-present

Newberry Pathology Associates, Newberry, SC, 2015-present

Kimberly Ann Collins, MD
Curriculum Vitae
Page 4

## GRANTS

| | |
|---|---|
| 1994-1995 | Pathology/Biology Section of the American Academy of Forensic Sciences: "Identification of Sperm and Non-Sperm Male Epithelial Cells in Cervicovaginal Smears Using Novel Molecular-Cytogenetic Technique:  Application in Alleged Sexual Assault Cases."   Primary Investigator: Kim Collins, MD 1994-1995, $1,800 |
| 1994-1995 | Clifton Brooks, Jr. Medical Research Fellowship Primary Investigators:  Kim A. Collins, MD and Wain White, MD, $25,000 |

## PROFESSIONAL LICENSURE

North Carolina Medical License, #93-00066
South Carolina Medical License, #17218
Georgia Medical License, #061222

## PROFESSIONAL CERTIFICATION

Anatomic Pathology Board Certification, American Board of Pathology, 1995
Clinical Pathology Board Certification, American Board of Pathology, 1995
Forensic Pathology Board Certification, American Board of Pathology, 1996

## PROFESSIONAL MEMBERSHIPS

Diplomat of the American Board of Pathology, Anatomic and Clinical Pathology
Diplomat of the American Board of Pathology, Forensic Pathology
American Medical Association
College of American Pathologists
    Chair, Residents Forum, 1993-1994
    Resident Forum Executive Committee, 1991-1995
    CAP Residents Forum - American Medical Association Delegate, 1991-1993
    Liaison, Curriculum Committee of the PRODS
    North Carolina Resident Delegate, 1990-1991
    Environment, Health, and Safety Resource Committee, 1991-1993
    Resident Recruitment and Retention Committee, Vice Chair, 1992-1994
    Finance Committee, 1993-1994
    CAP Strategic Planning Committee, 1993- 1997
    Residents and Young Physicians Committee, 1993-1994
    Forensics Committee, 1993-1994

Kimberly Ann Collins, MD
Curriculum Vitae
Page 5

## PROFESSIONAL MEMBERSHIPS (CONTINUED):

    Autopsy Committee, 1996-2009, Vice Chair 2001-2004, Chair 2004-2007
    Education Committee, 2000-2002
    Council on Public Affairs, 2000-2004
    Public and Patient Relations Committee, 2004-2005
    Public Affairs Committee, 2005-2010
    Member and Public Communications Committee, 2011
    Ad Hoc Committee on New and Emerging Technologies, 2006-2007
    Residents, Young Pathologists, and General Membership Committee, 1997-2002, Chair
    Membership Committee, 2002-2003, Chair
    College of American Pathologists Residents Forum Advisor, 1997-2003
    Mentor Program, 2009-present
    CAP Laboratory Accreditation Program Inspector
    State Commissioner for CAP Laboratory Accreditation Program, 1998-2004
    CAP Fellow Member Delegate to the CAP House of Delegates, South Carolina, 1997-present
      HOD Nominating Committee Chair, 2006
    CAP Foundation Board of Directors, 1999-2007
      Vice President 2005-2007
    CAP Nominating Committee, 2000 and 2008
    Information Science and Technology Committee, 2001-2003
    Committee on Organ and Tissue Procurement, 2001-2003
    CAP Liaison to Association of Pathology Chairs Graduate Medical Education Committee,
      2001-2006
    CAP Liaison to Association of Pathology Chairs Autopsy Committee, 2002
North Carolina Delegate to the AMA-RPS, 1993
American Academy of Forensic Sciences
    Pathology/Biology Section Program Director 2007-2008
    Pathology/Biology Section Secretary, 2009-2010
    Pathology/Biology Section Chair, 2010 - 2011
National Association of Medical Examiners
    South Carolina Liaison, 2001 - present
    Strategic Planning Committee, 2002
    Subcommittee on Assistance to the NAME Membership, 2002
    Education, Program, and Publications Committee, 2010-2011
    Forensic Fellow In-Service exam subcommittee, 2010-2013
    Committee on International Relations, 2010-present, Co-Chair
    Committee on Organ and Tissue Procurement, 2010-present
    Committee on Inspection and Accreditation, 2015-present
    Board of Directors, 2010-present
    Executive Committee, 2012-present
Consortium for Forensic Science Organizations (CFSO), 2013-present.
    Secretary 2014-2015, Vice President 2015-present

Kimberly Ann Collins, MD
Curriculum Vitae
Page 6

**PROFESSIONAL MEMBERSHIPS (CONTINUED):**

American Society of Clinical Pathologists
   ASCP Advisory Council, 1998-2004
United States and Canadian Academy of Pathology
   Forensic Evening Seminar Director, 2005-2007
International Academy of Pathology
   Forensic Seminar Director, Athens Greece, 2008
South Carolina Medical Association, Delegate, 1999-2008
South Carolina Society of Pathologists, Treasurer, 1998-1999
South Carolina Society of Pathologists, President-Elect, 1999-2001
South Carolina Society of Pathologists, President, 2001-2004
American Red Cross Medical Examiner/Coroner Advisory Committee, 1999-2005.  Chair 2002-2003.
Musculoskeletal Transplant Foundation, Medical Examiner/Coroner Advisory Committee, 2006 – present, Chair 2011-present
   Board of Trustees, 2013-present
   Funeral Directors Advisory Committee, 2014-present
Life Point Organ and Tissue Procurement Advisory Board, South Carolina, 2009-present
Regeneration Technologies Inc., Medical Examiner, Coroner, Funeral Director Forum, 2013-present
American Association of Tissue Banks, 2014-present
   Physician's Council, 2014-present
   Education Committee, 2015-present

**EDITORIAL BOARDS**
*Archives of Pathology and Laboratory Medicine*, 2003 – present
   Section Editor, Autopsy Pathology, 2005-present
*American Journal of Forensic Medicine and Pathology*, 2004 - present
*eMedicine*, 2008-present, Autopsy Section Editor, 2008-present
*Journal of Forensic Sciences,* 2010-present
*Journal of Forensic Science, Medicine, and Pathology,* 2010 - present

**EDITORIAL POSITIONS**
Section Editor, Autopsy Pathology, *Archives of Pathology and Laboratory Medicine*
Section Chief Editor, Autopsy Pathology, *eMedicine*

Kimberly Ann Collins, MD
Curriculum Vitae
Page 7

Review manuscripts for publication:
*American Society of Clinical Pathologists*
*Southern Medical Journal*
*Archives of Pathology and Laboratory Medicine*
*Pediatrics*
*American Journal of Forensic Medicine and Pathology*
*American Journal of Clinical Forensic Medicine*
*Clinical Infectious Diseases*
*National Institute of Justice, Forensic Science Research and Development Peer Reviewer, 2005-2006*
*Journal of Forensic Sciences*
*Journal of Forensic Science, Medicine, and Pathology*

**UNIVERSITY COMMITTEES**

College of Medicine Faculty Advisor, 1998-1999, 2003-2008
College of Medicine Admissions Committee, 1999-2008
MUSC Blood and Tissue Utilization Committee, 2000-2006
MUSC Internal Residency Review Committee, 2001-2003
MUSC Autopsy QA Committee for Clinicopathological Correlation, 2000-2006
College of Medicine Curriculum Committee, 2000-2008
College of Medicine Progress Committee, 2000-2004
Faculty Development Committee, Department of Pathology and Laboratory Medicine, 1999-2006
Pathology and Laboratory Medicine Faculty Advisor (Zaloga:2001-3, Eason:2001-3, Van Ells:2001-2007, Rose:2006-2008, Havard:2006-2008)
JCAHO Special Function Laboratory Survey and Inspection Committee, 2002
MUSC Point of Care Testing, Medical Director, 2002-2006
Performance Improvement Committee, Chair, 2002-2006

**HONORS AND AWARDS**

UNDERGRADUATE
- Phi Beta Kappa
- "Jasper Dorsey Outstanding Student Award," 1983-1984, University of Georgia
- Phi Kappa Phi National Honor Society
- Student Government, University of Georgia
- Student Union, University of Georgia
- American Leadership Study Group
- United States Friendship Force, US Ambassador

Kimberly Ann Collins, MD
Curriculum Vitae
Page 8

## HONORS AND AWARDS (CONTINUED):

- Omicron Delta Kappa Leadership Society
- Mortar Board National Honor Society
- Angel Flight - Air Force R.O.T.C., University of Georgia Southeastern Area Officer
- Outstanding Justice:  Student Judiciary, University of Georgia
- Who's Who Among American College Students (1983-85)

MEDICAL SCHOOL
- MENSA Scholarship Recipient
- United Methodist Church Scholarship Recipient
- Outstanding Service, Medical College of Georgia (1988-89)

RESIDENCY/FELLOWSHIP
- Southern Medical Association, "Physician-In-Training Award"  First Place, 1993-1994
- American Academy of Forensic Sciences, "Best Resident Research Paper," First Place, 1994
- "The Warren R. Lang, M.D., Resident Physician Award" of the American Society of Cytopathology, First Place, 1994
- "The New Frontiers in Cytology Award" of the American Society of Cytopathology, First Place, 1994

FACULTY/PATHOLOGY PRACTICE
- Pathology Resident Teaching Award, Medical University of South Carolina, 1996-1997
- Faculty Excellence Award, MUSC College of Medicine, 1996-1997
- Faculty Excellence Award, MUSC, College of Medicine, Outstanding Professor runner-up, 2001
- Outstanding Basic Science Professor, MUSC School of Dentistry, 2001
- Golden Apple Award, American Medical Student Association, School of Medicine, 2001
- Health Sciences Foundation Teaching Excellence Award Nominee, 2001
- Strathmore's Who's Who, 2002-present
- President's Award, National Association of Medical Examiners, 2001
- President's Honor, College of American Pathologists, 2001
- Faculty Excellence Award, MUSC College of Medicine, 2002
- Best Lecture Award, Medical College of Georgia, 2002-2003
- ASDA Basic Science Teacher of the Year Award, Nominee, 2003-2004
- College of American Pathologists Resident Advocate Award, 2004
- Faculty Excellence Award, MUSC College of Medicine, 2004
- Health Sciences Foundation Teaching Excellence Award Nominee, 2004
- Golden Apple Award, American Medical Student Association, School of Medicine, 2004
- Faculty Excellence Award, MUSC College of Medicine, Nominee, 2004-2005
- Faculty Excellence Award, MUSC College of Medicine, 2005-2006
- ASDA Basic Science Teacher of the Year Award, 2005-2006

Kimberly Ann Collins, MD
Curriculum Vitae
Page 9

## HONORS AND AWARDS (CONTINUED):

- Oath Ceremony Speaker, MUSC College of Medicine, 5-18-06
- Golden Apple Award, American Medical Student Association, School of Medicine, 2006
- Faculty Excellence Award, MUSC College of Medicine, 2006-2007
- Faculty Excellence Award, MUSC College of Medicine, 2007-2008
- ASDA Basic Science Teacher of the Year Award, 2007-2008
- Dove Award, LifePoint Organ and Tissue Procurement, 2008
- College of American Pathologists Distinguished Patient Care Award, 2008
- College of American Pathologists Foundation Lansky Award, 2008
- College of American Pathologists William H. Kuehn, PhD Outstanding Communicator Award, 2010
- College of American Pathologists Excellence in Teaching Award, 2014


## COMMUNITY SERVICE/HONORS

Charleston County School District High School Mentor Program 1995-1996.

"The Role of the Medical Examiner", Berkeley-Dorchester Underwriters Association, Summerville, South Carolina, November 16, 1995.

"Forensic Pathology", The Sertoma Club, Charleston, South Carolina, November 20, 1995.

"Violent Deaths," Roper-Berkeley Leadership Conference, Leiber Correctional Facility, Ridgeville, South Carolina, April 3, 1996.

"The Role of the Forensic Pathologist", Rotary International, Charleston, South Carolina, April 16, 1996.

"Homicide, Suicide, and Time of Death: Responsibilities of the Coroner", South Carolina Coroner's Association, Chesterfield, South Carolina, May 7, 1996.

Recognition of Appreciation from the South Carolina Coroner's Association, May 7, 1996.

"Sudden Infant Death Syndrome", CBS Health Connection Television Broadcast, Charleston, South Carolina, September 27, 1996.

"Forensic Pathology For First Responders", Emergency Responders Appreciation Day, Aiken, South Carolina, October 4, 1996.

"Weapons Awareness", South Carolina Department of Probation, Parole, and Pardon Services, Charleston, South Carolina, October 11, 1996.

Charleston County School District Mentor Program, 1996-1997, Adrie Sims.

Kimberly Ann Collins, MD
Curriculum Vitae
Page 10

## COMMUNITY SERVICE/HONORS (CONTINUED):

"Forensic Pathology and Violent Death", Myrtle Beach High School and Medical University of South Carolina Public Relations, December 3, 1996.

"Violence In Our Society", C.E. Williams Middle School, Charleston, South Carolina, January 24, 1997.

"Violence, Forensic Pathology, and Our Youth", Brentwood Middle School, Charleston, South Carolina, February 26th, 1997.

"When The Crying Stops: Partners In Preventing Infant Deaths", East Cooper Hospital, Mount Pleasant, South Carolina, April 1, 1997.

"Violence in Our Society", Union Middle School, Charleston, South Carolina, April 3, 1997.

"Shaken Baby Syndrome", CBS Health Connection Television Broadcast, Charleston, South Carolina, April 17, 1997.

"Weapons Awareness", South Carolina Department of Probation, Parole, and Pardon Services, Charleston, South Carolina, April 18, 1997.

"Science and Your Profession", Alice Birney School, North Charleston, South Carolina, April 18, 1997.

"When The Crying Stops: Partners in Preventing Infant Deaths", Mount Pleasant Exchange Club, Mount Pleasant, South Carolina, April 23, 1997.

"Pediatric Deaths: Roper Hospital Training", Roper Hospital, Charleston, South Carolina, April 23, 1997.

"Domestic Violence", Rotary Club, Beaufort, South Carolina, May 6, 1997.

"Forensic Pathology Today", Berkeley County School System, Charleston, South Carolina, May 21, 1997.

"Weapons Awareness", South Carolina Department of Probation, Parole, and Pardon Services, Charleston, South Carolina, May 23, 1997.

"Weapons Awareness", South Carolina Department of Probation, Parole, and Pardon Services, Charleston, South Carolina, July 11, 1997.

"Overlaying", CBS Health Connection Television Broadcast, Charleston, South Carolina, July 25, 1997.

Kimberly Ann Collins, MD
Curriculum Vitae
Page 11

**COMMUNITY SERVICE/HONORS (CONTINUED):**

"Death by Drowning", Department of Natural Resources, James Island, South Carolina, March 16, 1998.

"Forensic Pathology Update", Rotary Club of St. Andrews, Charleston, South Carolina, May 14, 1998.

"The Role of the Medical Examiner", Tri-County Communicators-Dispatch Association, Charleston, South Carolina, May 27, 1998.

"Atherosclerotic Heart Disease", American Heart Association, American Heart Walk Recruitment Leader Kick-off, Charleston, South Carolina, August 13, 1998.

"Forensic Pathology", Academy of the Arts, Science, and Technology, Charleston, South Carolina, September 22, 1998.

Charleston County School District Mentor Program, 1997-1998, Tia Smalls.

"Sexually Transmitted Diseases", Radio Interview, Washington, DC for South Carolina Broadcasting, October 20, 1998.

"Forensic Pathology", Fort Dorchester High School, November 13, 1998.

National Medical Examiner/Coroner Advisory Committee for the American Red Cross, Las Vegas, Nevada, February 24-25, 1999.

"Forensic Fair - First Annual", Trident Technical College Palmer Campus, Charleston, South Carolina, March 11-12, 1999.

"Violence and Forensic Pathology", Maury Pouvich Show, Charleston, South Carolina, March 25, 1999.

"Breast Carcinoma", Hometown Radio Interviews, CAP Council on Public Affairs, Orlando, Florida, April 12-13, 1999.

"Forensic Pathology", Fort Dorchester School, Charleston, South Carolina, April 27, 1999.

Charleston County School District Mentor Program, 1999, Laura Hatcher.

"Forensic Pathology and the Combined Coroner-Medical Examiner System", Russian Ambassadors/Russian Leadership Program, United States Library of Congress, Charleston, South Carolina, August 5, 1999.

Kimberly Ann Collins, MD
Curriculum Vitae
Page 12

## COMMUNITY SERVICE/HONORS (CONTINUED):

"Shaken Baby Syndrome...A Multidisciplinary Perspective", County Directors and Supervisors Conference for Department of Social Services, Hilton Head, South Carolina, September 2, 1999.

"Pap Smears Save Lives", Hometown Radio Interviews, CAP Council on Public Affairs, New Orleans, Louisiana, September 28, 1999.

"Forensic Pathology", Maury Pouvich Show, Charleston, South Carolina, October 28, 1999.

"Forensic Pathology", Phenix Center, Manning School District, Charleston, South Carolina, October 28, 1999.

"The Risk Factors of SIDS", ABC Charleston, October 29, 1999.

"SIDS... Sleeping Environment and Other Risk Factors", CBS Charleston 'Noonday', Mount Pleasant, South Carolina, December 9, 1999.

"End Result" Program with South Carolina Probation and Parole, 1998-1999.

"Forensic Pathology and the Autopsy", Medical Technology School Tour, Charleston, South Carolina, January 20, 2000.

"Pathology: The Autopsy and Forensics", Charleston Southern University, Department of Anthropology, Charleston, South Carolina, January 27, 2000.

"Forensic Pathology and Forensic Science", Saturday Scholars Program, Charleston, South Carolina, January 29, 2000.

"The Medical Examiner and the Coroner", Academic Magnet High School, North Charleston, South Carolina, February 2, 2000.

"Child Abuse and Neglect", East Cooper Hospital Department of Nursing, Mount Pleasant, South Carolina, April 3, 2000.

"Sudden Infant Death Syndrome", Hometown Radio Interviews, Boston, Massachusetts, April 11, 2000.

"Drug-Related Deaths", American Red Cross Tissue Procurement, Columbia, South Carolina, June 21, 2000.

"Alcohol and Teen Driving" College of American Pathologists Council on Public Affairs Video News Release (VNR), national distribution and broadcast, Charleston, South Carolina, taping April 19, 2001.

Kimberly Ann Collins, MD
Curriculum Vitae
Page 13

## COMMUNITY SERVICE/HONORS (CONTINUED):

Wofford College Interim Program Mentor, January 2002, Katie Sellars

College of Charleston Internship Mentor, 2002, Chris Grivas

College of Charleston Internship Mentor, 2002, Jessica Bruhm

College of Charleston Internship Mentor, 2002, Aaron Otte

College of Charleston Internship Mentor, 2003 (spring), Candace Moorer

College of Charleston Internship Mentor, 2003 (spring), Betsy Brabham

College of Charleston Internship Mentor, 2003 (fall), Kimberly Steele

Trident Technical College Internship Mentor, 2004 (winter, spring), Christine Kinney

College of Charleston Internship Mentor, 2005-2006, Ansley

College of Charleston Internship Mentor, Colin Clarke, 2005-2006

College of Charleston Internship Mentor, Jackie Ong, 2005-2006

College of Charleston Internship Mentor, Sarah Bjorkman, 2007

Citadel Military College Mentor, Aaron Kelly, 2007-2008

"Religious Perspectives and the Autopsy", Coastal Crisis Chaplaincy, Charleston, South Carolina, May 3, 2006.

"Blood Donation", Hometown Radio Interviews, Boston, Massachusetts, May 18, 2006

"Gun Safety", College of American Pathologists Public Affairs Committee Video News Release (VNR), national distribution and broadcast, taping May 25, 2006

"Breast Cancer", Radio Interviews, College of American Pathologists, 2007

Satellite media tour on breast cancer, live broadcast from Chicago, Illinois, October 2007

"Breast Cancer" radio interview through the College of American Pathologists, 2008

Satellite Media Tour, Breast Cancer, live broadcast from Chicago, Illinois, national distribution, October 2009

Volunteer Teaching, Capers Preparatory Christian Academy, Johns Island, SC, 2009-2012

Kimberly Ann Collins, MD
Curriculum Vitae
Page 14

**LECTURES, SPEECHES, EXHIBITS, RESEARCH PRESENTED, FILMS**

"Infiltrating Angiolipoma of the Vulva," Southern Medical Association, George Papanicolaou Memorial Seminar in Gynecologic Pathology, Atlanta, Georgia, November 1991.

"Extragonadal Germ Cell Tumors:  A Fine Needle Aspiration Biopsy Study," American Society of Cytology, Los Angeles, California, November 6, 1991.

"Atypical Lymphocytosis in Ascitic Fluid in Young Children - A Potential Diagnostic Challenge," American Society of Cytology, Quebec City, Canada, October 1, 1992.

"The Cytologic Evaluation of Lipid-Laden Alveolar Macrophages as an Indicator of Aspiration Pneumonia in Young Children," American Society of Cytology, Quebec City, Canada, October 1, 1992.

"Primary Malignant Melanoma of the Uterus," Southern Medical Association, George Papanicolaou Memorial Seminar in Gynecologic Pathology, San Antonio, Texas, November 14, 1992.

"A Retrospective and Prospective Study of Cerebral Tissue Pulmonary Embolization in Severe Head Trauma," American Academy of Forensic Sciences, Boston, Massachusetts, February 18, 1993.

"Interpretation of Fatal Multiple and Exiting Gunshot Wounds by Trauma Specialists," American Academy of Forensic Sciences, Boston, Massachusetts, February 18, 1993.

"The Accuracy of Clinical Evaluations of Gunshot Wounds," North Carolina Medicolegal Seminar, Chapel Hill, North Carolina, June 26, 1993.

"What Makes A Residency Program Attractive to Residents," Association of Pathology Chairmen/PRODS Conference, Aspen, Colorado, July 28, 1993.

"An Unusual Case of Maternal-Fetal Death Due to Vaginal Insufflation of Cocaine," National Association of Medical Examiners, Fort Worth, Texas, September 13, 1993.

"Death by Bull-Edger:  An Unusual Homicide Utilizing a Woodworking Implement," National Association of Medical Examiners, Forth Worth, Texas, September 13, 1993.

"Identification of Male Cells Using FISH with Y-probes in Cervicovaginal Smears in Alleged Sexual Assault Cases," American Society of Human Genetics, New Orleans, Louisiana, October, 6, 1993.

"History of United States Pathology," Seminar Moderator, College of American Pathologists, Orlando, Florida, October 16, 1993.

Kimberly Ann Collins, MD
Curriculum Vitae
Page 15

**LECTURES, SPEECHES, EXHIBITS, RESEARCH PRESENTED, FILMS (CONT.):**

"An Introduction to Laboratory Management," Seminar Moderator, College of American Pathologists, Orlando, Florida, October 17, 1993.

"An Unusual Case of Angiotropic Large Cell Lymphoma," Southern Medical Association, New Orleans, Louisiana, October 28, 1993.

"Identification of Male Cells Using FISH with Y-probes in Cervicovaginal Smears in Alleged Sexual Assault Cases," American Society of Human Genetics, New Orleans, Louisiana, 1993.

"Sneddon-Wilkinson Disease:  Clinical and Histopathologic Features of This Controversial Entity," Southern Medical Association, New Orleans, Louisiana, October 28, 1993.

"Fine Needle Aspiration Biopsy of Hepatic Lymphomas:  Cytomorphology and Ancillary Studies," American Society of Cytology, Houston, Texas, November 3, 1993.

"Residents Forum Update," CAP Leadership Conference, Miami, Florida, January 15, 1994.

"Resident Issues in Pathology - Training, Recruitment/Retention, Organized Medicine," Texas Society of Pathologists, Austin, Texas, January 28, 1994.

"Identification of Sperm and Non-Sperm Male Cells in Cervicovaginal Smears Using Fluorescence In Situ Hybridization:  Applications in Alleged Sexual Assault Cases, "  American Academy of Forensic Sciences, San Antonio, Texas, February 17, 1994.

"The Presence of Bcl-2 Protein Precedes ICAM-1 Expression in Early Evolving Malignant Melanoma," International Academy of Pathology, San Francisco, California, March 15, 1994.

"The Use of Cytogenetics in Forensics," University of California, San Francisco, California, March 16, 1994.

"Physician Liability and Courtroom Testimony," Seminar Moderator, College of American Pathologists, Seattle, Washington, April 9, 1994.

"Legislative Update: CAP and Washington, D.C.," Seminar Moderator, College of American Pathologists, Seattle, Washington, April 10, 1994.

"Contract Negotiations," Seminar Moderator, College of American Pathologists, Seattle, Washington, April 10, 1994.

Kimberly Ann Collins, MD
Curriculum Vitae
Page 16

**LECTURES, SPEECHES, EXHIBITS, RESEARCH PRESENTED, FILMS (CONT.):**

"Application of Molecular Cytogenetics to Cervicovaginal Smears in Alleged Sexual Assault Cases," American Society of Cytology, Chicago, Illinois, November 2, 1994.

"South Carolina: A Dual Medical Examiner-Coroner System: Does It Work?" American Academy of Forensic Sciences, Seattle, Washington, February 16, 1995.

"Fluorescence In Situ Hybridization: A New Technique to Detect Male Cells in Cervicovaginal Smears From Sexual Assault Victims," International Academy of Pathology, Toronto, Canada, March 13, 1995.

"Duct Tape Tales," National Association of Medical Examiners, San Diego, California, October 1995.

"A Decade of Drug Overdose Deaths at the Medical University of South Carolina," National Association of Medical Examiners, San Diego, California, October 1995.

"Gas Embolism Due to a Hepatic Abscess Caused by Clostridium perfringens, "American Academy of Forensic Sciences, Nashville, Tennessee, February 22, 1996.

"Sudden Death in an Infant After Swallowing 'Crack' Cocaine", American Academy of Forensic Sciences, Nashville, Tennessee, February 22, 1996.

"New Developments in SIDS and Child Abuse", Forensic Pathology Seminar, Charleston, South Carolina, May 19, 1996.

"Forensic Pathology: Violent Death, Trace Evidence, and Scene Investigation," Governor's Program, Charleston, South Carolina, June 1996.

"Forensic Pathology: Cause of Death, Manner of Death, and Trauma," University of South Carolina, Department of Anthropology, Columbia, South Carolina, July 1, 1996.

"Overview and Update of Forensic Pathology," Florence-Darlington Technical College Seminar, Charleston, South Carolina, July 19, 1996.

"Analysis of Childhood Deaths in South Carolina", National Association of Medical Examiners, Traverse City, Michigan, September 14, 1996.

"Crack Cocaine as it Relates to a Child's Death," International Association of Forensic Nurses, Kansas City, Missouri, November 3, 1996.

"The Use of Review Teams as an Investigative Tool in Children's Deaths," International Association of Forensic Nurses, Kansas City, Missouri, November 3, 1996.

Kimberly Ann Collins, MD
Curriculum Vitae
Page 17

**LECTURES, SPEECHES, EXHIBITS, RESEARCH PRESENTED, FILMS (CONT.):**

"Forensic Pathology- Using Medical Science To Develop Evidence Used To Solve Crimes", South Carolina Probation and Parole Association, Myrtle Beach, South Carolina, November 7, 1996.

"Coroner Training: "Forensic Pathology", Criminal Justice Academy, Columbia, South Carolina, November 29, 1996.

"Youthful Offenders, Violence, and Forensic Pathology," American Medical Association and The Charleston Marine Institute, Charleston, South Carolina, December 7, 1996.

"Pediatric Homicide by Shaking: A Ten Year Retrospective Study", American Academy of Forensic Sciences, New York, New York, February 1, 1997.

Sudden Unexpected Death Resulting From an Anomalous Left Coronary Artery",  American Academy of Forensic Sciences, New York, New York, February 21, 1997.

"A Decade of SIDS: The MUSC Experience", American Academy of Forensic Sciences, New York, New York, February 21, 1997.

"Speedballing With Needle Embolization: Case Study and Review of the Literature", American Academy of Forensic Sciences, New York, New York, February 21, 1997.

"Pediatric Forensic Pathology" Pathology/Biology Section, Seminar Moderator, American Academy of Forensic Sciences, New York, New York, February 21, 1997.

"Sudden Infant Death Syndrome: A Ten Year Retrospective Study of Pulmonary Histopathology", United States and Canadian Division of the International Academy of Pathology, Orlando, Florida, March 3, 1997.

"The Use of Polymerase Chain Reaction To Detect Evidence of Y Chromosome-Positive Cells in Cases of Sexual Assault", United States and Canadian Division of the International Academy of Pathology, Orlando, Florida, March 5, 1997.

"Pediatric Forensic Pathology", University of South Carolina School of Law, Columbia, South Carolina, April 16, 1997.

"Pediatric Forensic Deaths", Medical University of South Carolina Pediatric Grand Rounds, Charleston, South Carolina, April 25, 1997.

"Elder Abuse: A Ten Year Retrospective Study at the Medical University of South Carolina", National Association of Medical Examiners, Baltimore, Maryland, September 13, 1997.

Kimberly Ann Collins, MD
Curriculum Vitae
Page 18

**LECTURES, SPEECHES, EXHIBITS, RESEARCH PRESENTED, FILMS (CONT.):**

"A Decade of Pediatric Homicide: A Retrospective Study at the Medical University of South Carolina", National Association of Medical Examiners, Baltimore, Maryland, September 13, 1997.

"Death by No-Doz Overdose", National Association of Medical Examiners, Baltimore, Maryland, September 13, 1997.

"Forensics", South Carolina Probation and Parole Association---Tri-Association Conference, Myrtle Beach, South Carolina, November 11, 1997.

"SIDS and Child Abuse", South Carolina Coroners Association, Columbia, South Carolina, May 6, 1997.

"When The Crying Stops", Navy Hospital, North Charleston, South Carolina, May 21, 1997.

"Pediatric Forensic Pathology", Pediatric Grand Rounds, Roper Hospital, Charleston, South Carolina, May 22, 1997.

"In The Wink Of The Eye", International Association of Forensic Nurses, Irvine, California, September 28, 1997.

"Child Beating: Death by Soft Tissue Damage and Hemorrhage", Conference on Child Maltreatment, San Diego, California, January 29, 1998.

"Pediatric Homicide by Shaking: A Ten Year Retrospective Study", Conference on Child Maltreatment, San Diego, California, January 29, 1998.

"Shaken Baby Syndrome?....Or Accident?", 1998 Forensic Seminar, Medical University of South Carolina, Charleston, South Carolina, March 22, 1998.

"Domestic Violence: Recognition, Documentation, and Reporting", Alabama Dental Association, Vail, Colorado, March 31, 1998.

"Speaking Before Groups," College of American Pathologists, Los Angeles, California, April 5, 1998.

"Forensic Nursing in the Emergency Room", Low Country Emergency Nurses Association, Charleston, South Carolina, May 20, 1998.

"Charleston and Low Country Forensics", International Association of Coroners and Medical Examiners, Charleston, South Carolina, June 16, 1998.

Kimberly Ann Collins, MD
Curriculum Vitae
Page 19

**LECTURES, SPEECHES, EXHIBITS, RESEARCH PRESENTED, FILMS (CONT.):**

"Shaken Baby Syndrome: A Ten Year Retrospective Study", National Shaken Baby Conference, Salt Lake City, Utah, September 14, 1998.

"Speaking Before Groups", College of American Pathologists, Washington, DC, October 18, 1998.

"Pierre W. Keitges, MD, Memorial Program on Medical Ethics", Washington, DC, October 19, 1998.

"Photography and the Pathologist", College of American Pathologists, Washington, DC, October 21, 1998.

"Suicide Under the Age of Eighteen: A Ten Year Retrospective Study", National Association of Medical Examiners, Albuquerque, New Mexico, November 2, 1998.

"The Suicide That Wasn't", National Association of Medical Examiners, Albuquerque, New Mexico, November 3, 1998.

"Fire Deaths and Self-Immolation: An Eleven Year Review, 1986-1996", National Association of Medical Examiners, November 3, 1998.

"Identification of Female Cells in Postcoital Penile Swabs Using Fluorescence in situ hybridization and PCR: Application in Sexual Assault", American Academy of Forensic Sciences, Orlando, Florida, February 19, 1999.

"Suicide: A Ten Year Retrospective Study", American Academy of Forensic Sciences, Orlando, Florida, February 19, 1999.

"Child Beating: The Examination of Death By Soft Tissue Hemorrhage", American Academy of Forensic Sciences, Orlando, Florida, February 19, 1999.

"A Ten Year Retrospective Study of Drowning Deaths", American Academy of Forensic Sciences, Orlando, Florida, February 19, 1999.

"Overview of Forensic Pathology", Carolina Clinical Connection '99, Charleston, South Carolina, March 26, 1999.

"Meet the Experts: Discussions in Pathology", College of American Pathologists, Orlando, Florida, April 12, 1999.

"Breast Cancer", Hometown Radio Interview for South Carolina Broadcasting, Orlando, Florida, April 12, 1999.

Kimberly Ann Collins, MD
Curriculum Vitae
Page 20

**LECTURES, SPEECHES, EXHIBITS, RESEARCH PRESENTED, FILMS (CONT.):**

"Back To Sleep: SIDS and Risk Factors", North Charleston, South Carolina, June 4, 1999.

"Benign or Malignant?  The Borderline Lesions of Medicolegal Diagnostics", College of American Pathologists, New Orleans, Louisiana, September 26, 1999.

"Speaking Before Groups", College of American Pathologists, New Orleans, Louisiana, September 26, 1999.

"Improper Airbag Deployment in a Motor Vehicle Traffic Fatality", National Association of Medical Examiners, Minneapolis, Minnesota, October 18, 1999.

"Elderly Suicide: A Ten Year Retrospective Study", National Association of Medical Examiners, Minneapolis, Minnesota, October 18, 1999.

"Sudden Death in a Three Year Old: A Case of Primary Pulmonary Hypertension", National Association of Medical Examiners, Minneapolis, Minnesota, October 18, 1999.

"Multifactorial Analysis of Gunshot Wounds to the Head with Attention to Anatomic Location", National Association of Medical Examiners, Minneapolis, Minnesota, October 18, 1999.

"Pediatric Toxicologic Deaths: A Ten Year Retrospective Study", National Association of Medical Examiners, Minneapolis, Minnesota, October 19, 1999.

"Persistence of Spermatozoa and Prostatic Acid Phosphatase in Specimens from Deceased Individuals Over Varied Postmortem Intervals", National Association of Medical Examiners, Minneapolis, Minnesota, October 19, 1999.

"Beginning the Job Search", Virtual Management College Audio Conference, November 9, 1999.
"Pediatric Forensic Issues Conference", 3rd Annual, Co-Director, Orlando, Florida, December 1-4, 1999.

"SIDS, Overlaying and Suffocation", Pediatric Forensic Issues Conference, Orlando, Florida, December 3, 1999.

"Pediatric Neglect", Pediatric Forensic Issues Conference, Orlando, Florida, December 4, 1999.

"The Roles of the Pathologist in Forensics", Criminal Justice Academy, South Carolina Law Enforcement, Columbia, South Carolina, February 22, 2000.

"Expert Panel Discussion on Elder Abuse and Neglect", Nursing Home Abuse and Neglect Prevention Conference, United States Department of Justice, Columbia, South Carolina, February 23, 2000.

Kimberly Ann Collins, MD
Curriculum Vitae
Page 21

**LECTURES, SPEECHES, EXHIBITS, RESEARCH PRESENTED, FILMS (CONT.):**

"Fused Vertebrae: Skeletal Manifestations of Psoriasis Used to Corroborate Radiographic Identification", American Academy of Forensic Sciences, Reno, Nevada, February 24, 2000.

"Neonatal Poisoning: Accident or Homicide?  Case Report and Review of the Literature", American Academy of Forensic Sciences, Reno, Nevada, February 25, 2000.

"Ancillary Procedures: Getting the Most out of the Autopsy", College of American Pathologists, Boston, Massachusetts, April 8, 2000.

"Fetal Death: A Ten Year Retrospective Study", National Association of Medical Examiners, Indianapolis, Indiana, September 18, 2000.

"An Unusual Case of Anaphylaxis: Mold in Pancake Mix", National Association of Medical Examiners, Indianapolis, Indiana, September 18, 2000.

"Death By Overlaying and Wedging: A 15 Year Retrospective Study", National Association of Medical Examiners, Indianapolis, Indiana, September 18, 2000.

"Breast Bud Hemorrhage in a Neonate", National Association of Medical Examiners, Indianapolis, Indiana, September 19, 2000.

"Speaking Before Groups", College of American Pathologists, October 15, 2000.

"So Now You've Been Offered a Job", Moderator/Facilitator, College of American Pathologists, October 15, 2000.

"Pediatric Forensic Issues Conference", 4th Annual, Co-director, Las Vegas, Nevada, December 4-7, 2000. SIDS, Overlaying, and Suffocation", Pediatric Forensic Issues Conference, Las Vegas, Nevada, December 6, 2000.

"Pediatric Neglect", Pediatric Forensic Issues Conference, Las Vegas, Nevada, December 6, 2000.

"Pediatric and Elder Death Investigation Seminar", Chesterfield Law Enforcement and Emergency Medical Responders, Chesterfield, South Carolina, January 23, 2001.

"Forensic Pathology: Update and Overview", Medical College of Georgia, Augusta, Georgia, February 16, 2001.

"College of American Pathologists Laboratory Accreditation Program Inspector Training Seminar", Charleston, South Carolina, May 31, 2001.

Kimberly Ann Collins, MD
Curriculum Vitae
Page 22

**LECTURES, SPEECHES, EXHIBITS, RESEARCH PRESENTED, FILMS (CONT.):**

"Planning the Job Search", Virtual Management College of the College of American Pathologists, Audioconference, October 9, 2001.

"Forensic Pathology: The Next Generation.  The Academic Forensic Pathologist", National Association of Medical Examiners, Richmond, Virginia, October 12, 2001.

"Accidental Deaths in Children", National Association of Medical Examiners, Richmond, Virginia, October 15, 2001.

"Sudden Death Due to Airway Fibrin Clot: Case Report and Review of Airway Obstructions", National Association of Medical Examiners, Richmond, Virginia, October 15, 2001.

"Sudden Death to Asphyxia by Esophageal Polyp: Case Report and Review of the Literature", National Association of Medical Examiners, Richmond, Virginia, October 15, 2001.

"Twenty-six Years of Fatal Pediatric Burns", National Association of Medical Examiners, Richmond, Virginia, October 15, 2001.

"The Perinatal Decedent: Viability, Postmortem Artifact, and Trauma", National Association of Medical Examiners, Richmond, Virginia, October 15, 2001.

"Elderly Homicide: A Retrospective Study 1985-2000", National Association of Medical Examiners, Richmond, Virginia, October 17, 2001.

"Responding to Disaster: Lessons Learned", College of American Pathologists and the American Society of Clinical Pathology Joint Annual Meeting, Philadelphia, Pennsylvania, October 20, 2001.

"Shaken Baby Syndrome and BAPP", College of American pathologist and the American Society of Clinical Pathologists Joint Annual Meeting, Philadelphia, Pennsylvania, October 20, 2001.

"Elder Abuse", College of American Pathologists and the American Society of Clinical Pathology Joint Annual Meeting, Philadelphia, Pennsylvania, October 21, 2001.

"Speaking Before Groups", College of American Pathologists and the American Society of Clinical Pathology Joint Annual Meeting, Philadelphia, Pennsylvania, October 21, 2001.

"Pierre W. Keitges, MD Memorial Program on Ethics: Issues Surrounding Organ and Tissue Procurement and Donation", College of American Pathologists and the American Society of Clinical Pathology Joint Annual Meeting, Philadelphia, Pennsylvania, October 22, 2001.

Kimberly Ann Collins, MD
Curriculum Vitae
Page 23

**LECTURES, SPEECHES, EXHIBITS, RESEARCH PRESENTED, FILMS (CONT.):**

"Pediatric Forensic Pathology", Armed Forces Institute of Pathology Forensic Course, Faculty, Bethesda, Maryland, November 16, 2001.

Pediatric Forensic Issues Conference, 5th Annual, Co-Director, Orlando, Florida, December 3-6, 2001.

"Perinatal and Neonatal Death", Pediatric Forensic Issues Conference, Orlando, Florida, December 3, 2001.

"Cardiopulmonary Resuscitation Injuries vs. Blunt Force Trauma", Pediatric Forensic Issues Conference, Orlando, Florida, December 4, 2001.

"Pediatric Neglect", Pediatric Forensic Issues Conference, Orlando, Florida, December 5, 2001.

"Fetal Death", Pediatric Forensic Issues Conference, Orlando, Florida, December 6, 2001.

"Differential Diagnosis in Forensic Pathology", Short Course, United States and Canadian Academy of Pathology, Chicago, Illinois, February 28, 2002.

"The Role of Radiology in Forensic Pathology", South Carolina Society of Radiologic Technologists, Charleston, South Carolina, March 1, 2002.

"Forensic Pathology: a Focus on Domestic Violence", Medical Views Southern Vistas Conference, Charleston, South Carolina, April 6, 2002.

"Pseudo-Elder Abuse: A Case of Vertebral Artery Laceration", National Association of Medical Examiners, Shreveport, Louisiana, September 30, 2002.

"Aortoesophageal Fistula due to Ingestion of a Small Round Object", National Association of Medical Examiners, Shreveport, Louisiana, October 1, 2002.

"Now That You've Passed the Boards", College of American Pathologists, Washington, DC, October 12, 2002.

"Speaking Before Groups", College of American Pathologists, Washington, DC, October 13, 2002.

"Achievement of Competency", College of American Pathologists, Washington, DC, October 14, 2002.

"Women in Pathology", College of American Pathologists, Washington, DC, October 14, 2002.

"Forensic Pathology", Medical College of Georgia, Augusta, Georgia, October 25, 2002.

Kimberly Ann Collins, MD
Curriculum Vitae
Page 24

**LECTURES, SPEECHES, EXHIBITS, RESEARCH PRESENTED, FILMS (CONT.):**

"Pediatric Forensic Pathology", Armed Forces Institute of Pathology Forensic Course, Faculty, Bethesda, Maryland, November 22, 2002.

"Pediatric Forensic Issues Conference, 6th Annual", Co-director, Orlando, Florida, December 4-7, 2002.

"The Basics of Pediatric Forensic Pathology", Pediatric Forensic Issues Conference, 6th Annual, Orlando, Florida, December 4, 2002.

"Differential Diagnosis in Forensic Pathology", Short Course, United States and Canadian Academy of Pathology, Washington, DC, March 28, 2003.

"Pathologic Findings in Malignant Hyperthermia:  A Case Report and Review of the Literature", National Association of Medical Examiners, San Jose, California, September 22, 2003.

"Childhood Panhypopituitarism Presenting as Child Abuse:  A Case Report and Review of the Literature", National Association of Medical Examiners, San Jose, California, September 22, 2003.

"Pediatric Forensic Pathology", Armed Forces Institute of Pathology Forensic Course, Faculty, Rockville, Maryland, November 21, 2003.

"Pediatric Forensic Issues Conference, 6th Annual", Co-director, Orlando, Florida, December 3-6, 2003.

"Differential Diagnosis in Forensic Pathology", Short Course, United States and Canadian Academy of Pathology, Vancouver, BC, March 12, 2004.

"Pediatric Homicidal Burns:  a Retrospective Study", American Academy of Forensic Sciences, Dallas, Texas, February 20, 2004.

"Pediatric Toxicology and Pharmacokinetics", American Academy of Forensic Sciences, Dallas, Texas, February 20, 2004.

"Unusual Cases of Ethanol Overdose:  Deaths Following Treatment for Hypertrophic Cardiomyopathy", National Association of Medical Examiners, Nashville, Tennessee, September 11, 2004.

"Fentanyl Toxicity Due to Improper Placement of the Fentanyl Patch", National Association of Medical Examiners, Nashville, Tennessee, September 11, 2004.

Kimberly Ann Collins, MD
Curriculum Vitae
Page 25

**LECTURES, SPEECHES, EXHIBITS, RESEARCH PRESENTED, FILMS (CONT.):**

"New Ancillary Studies in Amniotic Fluid Embolism:  A Case Report and Review of the Literature", National Association of Medical Examiners, Nashville, Tennessee, September 13, 2004.

"Pregnancy Associated Deaths:  A 15 Year Retrospective Study", National Association of Medical Examiners, Nashville, Tennessee, September 13, 2004.

"The Natural Autopsy:  A 15 Year Retrospective Study", National Association of Medical Examiners, Nashville, Tennessee, September 13, 2004.

"A 25-Year Retrospective Review of Deaths Due to Child Neglect", National Association of Medical Examiners, Nashville, Tennessee, September 13, 2004.

"Cardiac Injury Secondary to Motor Vehicle Collision:  A 15 Year Retrospective Study at the Medical University of South Carolina", National Association of Medical Examiners, Nashville, Tennessee, September 13, 2004.

"Pediatric Forensic Pathology", Armed Forces Institute of Pathology Forensic Course, Faculty, Rockville, Maryland, November 19, 2004.

"Pediatric Forensic Pathology", Medical College of Georgia, Department of Pathology, Augusta, Georgia, October 13, 2004.

"Spokesperson Training", College of American Pathologists, Chicago, Illinois, November 20, 2004.

"Pediatric Forensic Issues Conference", Course Co-Director, Orlando, Florida, December 1-4, 2004.

"Ancillary Studies in the Pediatric Autopsy", Pediatric Forensic Issues Conference, Orlando, Florida, December 1, 2004.

"Pediatric Pharmacokinetics", Pediatric Forensic Issues Conference, Orlando, Florida, December 2, 2004.

"Courtroom Testimony", Pediatric Forensic Issues Conference, Orlando, Florida, December 3, 2004.

"Soft Tissue Trauma", Pediatric Forensic Issues Conference, Orlando, Florida, December 4, 2004.

"Cardiopulmonary Resuscitation Injuries", Pediatric Forensic Issues Conference, Orlando, Florida, December 4, 2004.

Kimberly Ann Collins, MD
Curriculum Vitae
Page 26

**LECTURES, SPEECHES, EXHIBITS, RESEARCH PRESENTED, FILMS (CONT.):**

"Challenges in Pediatric Toxicology", National Association of Medical Examiners, New Orleans, Louisiana, February 22, 2005.

"Adolescent Death: A 15-Year Retrospective Study", American Academy of Forensic Sciences, New Orleans, Louisiana, February 24, 2005.

"The Tragic Voyage of the Morning Dew", Last Word Society, American Academy of Forensic Sciences, New Orleans, Louisiana, February 24, 2005.

"The History of Warfare: An Overview", United States and Canadian Academy of Pathology, Forensic Evening Session, San Antonio, Texas, March 1, 2005.

"Forensic Evening Session", Moderator, United States and Canadian Academy of Pathology, Forensic Evening Session, San Antonio, Texas, March 1, 2005.

"Differential Diagnosis in Forensic Medicine", United States and Canadian Academy of Pathology, Short Course, San Antonio, Texas, March 3, 2005.

"Basic Forensic Pathology", Charleston School of Law, Charleston, South Carolina, April 2005.

"Fatal Birth Trauma due to Undiagnosed Abdominal Teratoma: Case Report and Review of the Literature" National Association of Medical Examiners, Los Angeles, California, October 15, 2005.

"An Unusual Gross Presentation of Inflicted Head Trauma", National Association of Medical Examiners, Los Angeles, California, October 17, 2005.

"Adolescent Death", Pediatric Forensic Issues Conference, Anaheim, California, December 1, 2005.

"Birth Trauma", Pediatric Forensic Issues Conference, Anaheim, California, December 2, 2005.

Co-Director, Pediatric Forensic Issues Conference, Anaheim, California, November 30-December 3, 2005.

"Forensic Identification" and Forensic Evening Session Moderator, United States and Canadian Academy of Pathology, Atlanta, Georgia, February 15, 2006.

"Taser Death", American Academy of Forensic Sciences, Seattle, Washington, February 23, 2006.

"Basic Forensic Pathology", Medical College of Georgia, Augusta, Georgia, February 23, 2006.

"Elder Abuse", Medical College of Georgia, Augusta, Georgia, February 23, 2006.

Kimberly Ann Collins, MD
Curriculum Vitae
Page 27

**LECTURES, SPEECHES, EXHIBITS, RESEARCH PRESENTED, FILMS (CONT.):**

"Adolescent Death", South Carolina Society of Radiologic Technologists, Charleston, South Carolina, March 9, 2006.

"Elder Maltreatment", South Carolina Society of Radiologic Technologists, Charleston, South Carolina, March 9, 2006.

"Pediatric Autopsy for the Practicing Pathologist", College of American Pathologists, CAP'06 annual meeting, San Diego, California, September 10, 2006.

"Atraumatic Cardiac Deaths in the Pediatric Population: A 15-Year Review", National Association of Medical Examiners, San Antonio, Texas, October 15, 2006.

"Left Atrial Myocardial Infarction and Sudden Death: Review of the Literature and Approach to the Autopsy", National Association of Medical Examiners, San Antonio, Texas, October 15, 2006.

"Intentionally-Induced Premature Labor Using Black-Market Misoprostol: A Case Report and Review of the Literature", National Association of Medical Examiners, San Antonio, Texas, October 16, 2006.

"Death by Wax Bullet", National Association of Medical Examiners, San Antonio, Texas, October 16, 2006.

"Pediatric Forensic Pathology", Armed Forces Institute of Pathology Basic Forensic Pathology Course, Faculty, Rockville, Maryland, November 3, 2006.

Co-Director, Pediatric Forensic Issues Conference, Orlando, Florida, December 6-9, 2006.

"Adolescent Death, the Choking Game, and Russian Roulette", Pediatric Forensic Issues Conference, Orlando, Florida, December 6, 2006.

"Birth Injuries and Trauma", Pediatric Forensic Issues Conference, Orlando, Florida, December 7, 2006.

"Basic Forensic Pathology, Pediatric Forensic Pathology, and Elder Maltreatment", Medical College of Georgia, Augusta, Georgia, February 12, 2007.

"The Role of Postmortem Cardiac Enzymes in the Diagnosis of Acute Cardiac Deaths", American Academy of Forensic Sciences, San Antonio, Texas, February 21, 2007.

"Child Maltreatment", South Carolina Professional Society on the Abuse of Children, Greenville, South Carolina, April 12, 2007.

Kimberly Ann Collins, MD
Curriculum Vitae
Page 28

**LECTURES, SPEECHES, EXHIBITS, RESEARCH PRESENTED, FILMS (CONT.):**

"Career Planning as a Required Medical School Course: The MUSC Experience", Careers in Medicine Professional Development Conference: Peaks of Excellence, Association of American Medical Colleges, Salt Lake City, Utah, June 11, 2007.

"Organ and Tissue Donation in Forensic Cases", South Carolina Coroner's Association 2007 Training Conference, Pawley's Island, South Carolina, June 14, 2007.

"Adolescent Deaths and the Roulettes", Masters Conference for Advanced Death Investigation, St. Louis, Missouri, July 24, 2007.

"Pediatric Autopsy for the Practicing Pathologist", College of American Pathologist' Annual Meeting, Chicago, Illinois, October 1, 2007.

"Elder Abuse Pilot Training", National College of District Attorneys, Orlando, Florida, October 28, 2007.

"Pediatric Forensic Pathology", 2008 Pediatric Intersession, Medical College of Georgia, Augusta, Georgia, January 7, 2008.

"Current Topics in Pediatric Forensic Medicine: Beyond Abusive Head Trauma", American Academy of Forensic Sciences, Washington, DC, February 18, 2008.

"Cardiovascular Trauma in Motor Vehicle Collisions: A 20 Year Retrospective Study and Review of the Literature", American Academy of Forensic Sciences, Washington, DC, February 21, 2008.

Multidisciplinary Session "Medical Devices and Their Impact on Death Investigations", Moderator, American Academy of Forensic Sciences, Washington, DC, February 21, 2008.

"Cytomegalovirus Enteritis with Profuse Gastrointestinal Bleeding diagnosed at Autopsy: A Case Report and Review of the Literature", American Academy of Forensic Sciences, Washington, DC, February 21, 2008.

"Primitive Neuroectodermal Tumor (PNET) Masquerading as Non-Accidental Head Trauma in and Infant: Lessons for Multiple Disciplines", American Academy of Forensic Sciences, Washington, DC, February 22, 2008.

"Medical Aspects of Fatal Child Maltreatment", Fatal Child Maltreatment Investigation Course, South Carolina Law Enforcement Division and the University of South Carolina Children's Law Center, Columbia, South Carolina, March 12, 2008.

"Organ and Tissue Donation in Forensic Cases", South Carolina Coroner's Association 2008 Training Conference, Pawley's Island, South Carolina, June 18, 2008.

Kimberly Ann Collins, MD
Curriculum Vitae
Page 29

**LECTURES, SPEECHES, EXHIBITS, RESEARCH PRESENTED, FILMS (CONT.):**

"Elder Abuse Pilot Training", National College of District Attorneys, Columbia, South Carolina, September 23, 2008.

"Pediatric Forensic Medicine" Workshop, American Academy of Forensic Sciences, Denver, Colorado, February 16, 2009.

"Prosecuting Elder Abuse Cases", National District Attorneys Association, Columbia, South Carolina, June 9-11, 2009.

"High Impact Communications", College of American Pathologists CAP'09 Annual Meeting, Chicago, Illinois, September 2009.

"Elder Abuse", National College of District Attorneys, Columbia, South Carolina, September 2009.

"Spokesperson Training", Faculty, College of American Pathologists, Chicago, Illinois, December 2009.

"Love and a Bullet", American Academy of Forensic Sciences, Seattle, Washington, February 26, 2010.

"Forensic Pathology in cases of Alleged Sexual Molestation", The Defense of Child Molestation Cases in Georgia, Georgia Association of Criminal Defense Lawyers, Atlanta, Georgia, March 5, 2010.

"An Overview of Forensic Pathology", Medical College of Georgia, Augusta, Georgia, March 12, 2010.

"Pediatric Homicide", New York State Association of Coroners and Medical Examiners, Binghamton, New York, March 20, 2010.

"Issues in Pediatric Forensic Pathology", Toronto, Canada, March 27, 2010.

"Pediatric Forensic Pathology:  Basic Knowledge and New Information", 2010 Sara Schuh Child Abuse Conference, Charleston, South Carolina, April 30, 2010.

"Pediatric Forensic Pathology and Sexual Abuse", 2010 SELETS Conference (Southeastern Law Enforcement Training Seminars), Lawrenceburg, Tennessee, June 1, 2010.

"Pediatric Forensic Pathology", South Carolina Coroner's Association, Litchfield Beach, South Carolina, June 25, 2010.

Kimberly Ann Collins, MD
Curriculum Vitae
Page 30

**LECTURES, SPEECHES, EXHIBITS, RESEARCH PRESENTED, FILMS (CONT.):**

"High Impact Communication Made Easy", College of American Pathologists CAP'10, Chicago, Illinois, September 27, 2010.

"Tissue Procurement in Forensic Cases and the Medical Examiner Release of Tissues for Transplantation: The United States View", 19th Annual Congress of the European Association of Tissue Banks, Berlin, Germany, November 3, 2010.

"College of American Pathologists Spokesperson Training", Faculty, Chicago, Illinois, December 4, 2010.

"Elder Maltreatment in Institutions", Elder Justice Seminar, National Advocacy Center, Columbia, South Carolina, January 5, 2011.

"Organ and Tissue Procurement in Forensic Cases", SC Coroner Training, Criminal Justice Academy, Columbia, South Carolina, January 7, 2011.

"Overview of Forensic Pathology", Medical College of Georgia, Augusta, Georgia, March 11, 2011.

"Medical Examiners, Transplant Professionals, and Supportive Public Policy: A Partnership for Life", American Association of Tissue Banks, Austin, Texas, March 28, 2011.

"Prosecution of Elder Abuse Cases", National District Attorneys Association, Columbia, South Carolina, May 3, 2011.

"Forensic Evidence and Donation for Transplantation: Mutually Exclusive", Medicolegal Seminar 2011, University of North Carolina and The Office of the Chief Medical Examiner, Chapel Hill, North Carolina, June 11, 2011.

"Pediatric Forensic Pathology", Principles of Forensic Pathology Conference, Baltimore, Maryland, August 23, 2011.

"High Impact Communications Boot Camp", College of American Pathologists Annual Meeting CAP'11, Dallas, Texas, September 12, 2011.

College of American Pathologists Breast Predictive Factors Testing, Advanced Pathology Program, Faculty, Northbrook, Illinois, October 30, 2011.

"Spokesperson Training", Faculty, College of American Pathologists, Chicago, Illinois, December 3-5, 2011.

Kimberly Ann Collins, MD
Curriculum Vitae
Page 31

**LECTURES, SPEECHES, EXHIBITS, RESEARCH PRESENTED, FILMS (CONT.):**

"Death Investigation and Organ Recovery", Mutually Exclusive?", Fitting The Pieces of the Puzzle Death Investigation Seminar, East Carolina University, Greenville, South Carolina, December 14, 2011.

"Pediatric Forensic Pathology", Newberry Pathology Associates Forensic Seminar, Columbia, South Carolina, January 21, 2012.

"The Engaged Pathologist", Faculty, College of American Pathologists, Chicago, Illinois, December 1-3, 2012

"Multidisciplinary Approaches to Effective Communication and Report Writing", American Academy of Forensic Sciences Workshop, Washington, DC, February 18, 2013.

"Pediatric Pathology for the Forensic Pathologists: What They Can Do For Us", Workshop Co-Chair and Speaker, American Academy of Forensic Sciences, Washington, DC, February 19, 2013.

"Engaged Leader Academy", Faculty, College of American Pathologists, Chicago, Illinois, December 6-8. 2013.

"Good Witness, Bad Witness, and Courtroom Testimony", College of American Pathologists Residents Forum educational program, Chicago, Illinois, September 6, 2014.

"Communicate and Demonstrate Your Value" workshop at the College of American Pathologists, Chicago, Illinois, September 8. 2014.

"Good Witness, Bad Witness", College of American Pathologists, Chicago, Illinois, September 8. 2014.

"Sustaining Life and Saving Life – Understanding Organ and Tissue Recovery" workshop at the National Association of Medical Examiners, Portland, Oregon, September 21, 2014.

College of American Pathologists Breast Predictive Factors Testing, Advanced Pathology Program, Faculty, Chicago, Illinois, October 26, 2014.

"Anatomy of an Autopsy", MTF Medical Examiner/Coroner Liaison Workshop, Edison, New Jersey, November 5, 2014.

"Forensic Photography", MTF Medical Examiner/Coroner Liaison Workshop, Edison, New Jersey, November 5, 2014.

"Engaged Leader Academy", Faculty, College of American Pathologists, Chicago, Illinois, December 6-8. 2014.

Kimberly Ann Collins, MD
Curriculum Vitae
Page 32

**LECTURES, SPEECHES, EXHIBITS, RESEARCH PRESENTED, FILMS (CONT.):**

"Investigating Elder Deaths" American Academy of Forensic Sciences, Orlando, Florida, February 19, 2015

"Medical Evidence in Child Sexual Abuse Cases:  A Picture of Innocence?", The Georgia Association of Criminal Defense Lawyers, *The Defense of the Child Molestation Cases in Georgia*, Atlanta, Georgia, March 6, 2015.

"Multidisciplinary Breast Pathology (MBP) Advanced Practical Pathology Program", College of American Pathologists AP[3] , Chicago, Illinois, April 18-19, 2015.

"Legal and Practical Tips For Working With Your Medical Examiner", National District Attorneys Association, Career Prosecutor Course, Charleston, South Carolina, June 15, 2016.

Kimberly Ann Collins, MD
Curriculum Vitae
Page 33

**PUBLICATIONS:**

Collins KA. Sick Building Syndrome - A Worsening Problem. CAP Today 1992;6(3):28.

Collins KA, Lantz PE. Interpretation of Fatal Multiple and Exiting Gunshot Wounds by Trauma Specialists.  J Forensic Sci 1994;39(1):94-99.

Collins KA.  College of American Pathologists Residents Forum Report Lead Articles, 1993-1994.

Collins KA.  Stabbing.  College of American Pathologists Forensic Pathology APEX 1993.

Collins KA.  Anthropological Case of Stabbing. College of American Pathologists Forensic Pathology APEX 1995.

Collins KA, Davis GJ. A Retrospective and Prospective Study of Cerebral Tissue Pulmonary Embolization in Severe Head Trauma. J Forensic Sci 1994;39(3):624-628.

Collins KA, Davis GJ, Lantz PE.  An Unusual Case of Maternal-Fetal Death due to Vaginal Insufflation of Cocaine. Am J Forensic Med Pathol 1994;15(4):335-339.

Collins KA, Rao PN, Hayworth R, Schnell S, Tap MP, Lantz PE, Geisinger KR, Pettenati MJ. Identification of Sperm and Non-sperm Male Cells in Cervicovaginal Smears Using Fluorescence In Situ Hybridization.  Applications in Alleged Sexual Assault Cases. J Forensic Sci 1994;39(6):1347-1355.

Collins KA, Geisinger KR, Rao PN, Lantz PE, Pettenati MJ, Parsons L, Tap MP, Schnell S, Hayworth-Hodge R.  Application of Molecular Cytogenetics to Cervicovaginal Smears in Alleged Sexual Assault Cases. Acta Cytologica 1994;38:795-796.

Collins, KA, Davis GJ.  Angiotrophic Large Cell Lymphoma. Southern Medical Journal 1995; 88(2):235-238.

Collins KA, Geisinger KR, Block SW, Wagner PH.  The Cytologic Evaluation of Lipid-Laden Alveolar Macrophages as an Indicator of Aspiration Pneumonia.  Arch  Pathol Lab Med 1995;119(3):229-231.

Davis GJ, Collins KA.  Death by Bull-Edger:  An Unusual Homicide Utilizing a Woodworking Implement. Am J Forensic Med Pathol 1995;16(1):69-73.

Collins KA, Geisinger KR, Wakely P Jr., Olympio GA, Silverman JF.  Extragonadal Germ Cell Tumors:  A Fine Needle Aspiration Biopsy Study. Diagnostic Cytopathology 1995;12(3):223-233.

Kimberly Ann Collins, MD
Curriculum Vitae
Page 34

## PUBLICATIONS (CONTINUED):

Rao PN, Collins KA, Geisinger KR, Parson LH, Schnell S, Hayworth-Hodge R, Tap MP, Lantz PE, Pettenati MJ. Identification of Male Epithelial Cells in Routine Postcoital Cervicovaginal Smears Using Fluorescence In Situ Hybridization. Am J Clin Pathol 1995;104(1):32-35.

Collins KA, Geisinger KR, Raab S, Silverman JF. Fine Needle Aspiration Biopsy of Hepatic Lymphomas: Cytomorphology and Ancillary Studies. Acta Cytologica 1995;40(2):257-262.

Collins KA, White WL. Intercellular Adhesion Molecule-1 (ICAM-1) and Bcl-2 Are Differentially Expressed in Early Evolving Malignant Melanoma. Am J Dermatopathol 1995; 17(5):429-438.

Cina SJ, Collins KA, Smith T, Conradi SE. Dyadic Deaths Involving Huntington's Disease. Am J Forensic Med Pathol 1996;17(1):49-52.

Collins KA. Cytokeratin Positivity in Seminoma. Letter to the Editor, Diagnostic Cytopathology, 1996;15(2):182-183.

Collins KA, Geisinger KR. The Role of the Cytology Laboratory in Sexual Assault. ASCP Reviews in Pathology, Cytopathology. 1997. Chicago. American Society of Clinical Pathologists Press.Volume 2, Chapter 8; pp.103-114.

McConnell SE, Collins KA. Sudden Unexpected Death Resulting From an Anomalous Hypoplastic Left Coronary Artery. J Forensic Sci 1998;43(3):708-711.

Collins KA. The Laboratory's Role in Detecting Sexual Assault. Lab Med 1998;29(6):361-365.

Thorne L, Collins KA. Speedballing With Needle Embolization: Case Study and Review of the Literature. J Forensic Sci, 1998;43(5):1074-1076.

Collins KA, Lee CJ, Hanzlick R. Death and Distraction. Arch Intern Med 1998;158: 2183-2184.

Collins KA, Nichols CA, Hanzlick R. Not-So-Obvious Uses of the Autopsy. Arch Intern Med 1998;158: 2429-2430.

Collins KA, Nichols CA. "A Decade of Pediatric Homicide: A Ten Year Retrospective Study at the Medical University of South Carolina". Am J Forensic Med Pathol 1999;20(2):1-4.

Lee CJ, Collins KA, Burgess SA. Suicide Under the Age of Eighteen: A Ten Year Retrospective Study. Am J For Med Pathol 1999;20(1):27-30.

Collins KA. Asthma. College of American Pathologists Autopsy APEX 1999;AU-A4:11-13.

Kimberly Ann Collins, MD
Curriculum Vitae
Page 35

**PUBLICATIONS (CONTINUED):**

Collins KA.  The Laboratory's Role in Detecting Sexual Assault.  California J Law, 1999;
October: 1-11.

Bennett AT, Collins KA, Hanzlick R.  Outcome Analysis and Quality Assessment.  Arch Intern
Med 1999;159:1399-1400.

Collins KA.  The Laboratory's Role in Detecting Sexual Assault.  San Diego J Law, 1999;
October:1-11.

Collins KA.  Cystic Fibrosis. College of American Pathologists Autopsy APEX, 1999;AU-A5:
13-15.

Cina S, Ward M, Hopkins M, Collins KA, Nichols CA.  Multifactorial Analysis of Firearm
Wounds to the Head with Attention to Anatomic Location.  Am J Forensic Med Pathol
1999;20(2):109-115.

Collins KA, Bennett AT, Hanzlick R.  The Autopsy and the Living.  Arch Intern Med
1999;159:2391-2392.

Bennett AT, Collins KA.  Low Voltage Electrocution.  ASCP Check Sample, 1999; FP99-10.

Collins KA.  Osteopetrosis, College of American Pathologists Autopsy APEX 1999; AU-B11.

Collins KA, Cina SJ, Fisher SI.  Antiphospholipid Antibody. College of American Pathologists
Autopsy APEX 2000; AU-B12.

Bennett AT, Collins KA.  Abdominal Pain. Arch Pathol Lab Med 2000;124:1089-1090.

Collins KA.  Osteoclastic Giant Cell Tumor of the Pancreas. College of American Pathologists
Autopsy APEX 2000; AU-B7.

Collins KA, Bennett AT, Hanzlick R.  Elder Abuse and Neglect.  Arch Intern Med
2000;160:1567-1568.

Cina S, Collins KA, Fitts M, Pettenati MJ.  Isolation and Identification of Female DNA on Post-
Coital Penile Swabs.  Am J For Med Pathol 2000;21(2):97-100.

Collins KA, Cina SJ, Pettenati MJ, Fitts M.  Identification of Female Cells in Post-Coital Penile
Swabs Using Fluorescence In Situ Hybridization: Application in Sexual Assault.  Arch Pathol Lab
Med 2000;124:1080-1082.

Collins KA, Cina SJ, Oliveve J.  Pulmonary Fat Embolization. College of American Pathologists
Autopsy APEX 2000;AU-A4:19-21.

Kimberly Ann Collins, MD
Curriculum Vitae
Page 36

## PUBLICATIONS (CONTINUED):

Cina SJ, Collins KA, Pettenati MJ, Fitts M.  Identification of Male and Female Cells on a Postcoital Condom. Arch Pathol Lab Med 2000;124:1083-1086.

Bennett AT, Collins KA.  Suicide: A Ten Year Retrospective Study.  J Forensic Sci 2000;45(6):1256-1258.

Collins KA.  Sexual Assault.  American Society of Clinical Pathologists, Check Sample 2001.

Collins KA.  Death by Overlaying and Wedging: A 15-year Retrospective Study.  Am J Forensic Med Pathol 2001;22(2):155-159.

Bennett AT, Collins KA.  Elderly Suicide: A 10-year Retrospective Study.  Am J Forensic Med Pathol 2001;22(2):169-172.

Cina SJ, Brown DK, Smialek JE, Collins KA.   A Rapid Postmortem Cardiac Troponin T Assay.  Am J Forensic Med Pathol 2001;22(2):173-176.

Campbell TA, Collins KA.  Pediatric Toxicologic Deaths: A Ten Year Retrospective Study. Am J Forensic Med Pathol 2001;22(2):184-187.

Collins KA.  Ancillary Studies in Pediatric Forensic Pathology.  Advance (August) 2001:14.

Bennett AT, Collins KA.  An Unusual Case of Anaphylaxis: Mold in Pancake Mix.  Am J Forensic Med Pathol 2001;22(3):292-295.

Collins KA, Bennett AT.  Persistence of Spermatozoa and Prostatic Acid Phosphatase in Specimens From Deceased Individuals During Varied Postmortem Intervals" Am J Forensic Med Pathol 2001;22(3):228-232.

Corey TS, Collins KA.  Pediatric Forensic Pathology. In Stocker JT and Dehner LP.  Pediatric Pathology, 2nd ed.   Philadelphia: Lippincott, 2001;247-285.

Sims MA, Collins KA.  "Fetal Death: A 10 Year Retrospective Study".  Am J Forensic Med Pathol 2001;22(3):261-265.

Collins KA, McConnell SE, Hanzlick R.  Salary and Benefit Survey Results for Salaried County Medical Examiners.  National Association of Medical Examiners, August 2001.

Collins KA, Presnell SE, Hanzlick R.  Salary and Benefit Survey Results for Salaried State Medical Examiners.  National Association of Medical Examiners, October 2001.

Kimberly Ann Collins, MD
Curriculum Vitae
Page 37

**PUBLICATIONS (CONTINUED):**

Collins KA, Bennett AT.  Bilateral Deep Venous Thrombosis.  College of American Pathologists Autopsy APEX 2001;AU-A3.

McConnell SE, Collins KA.  Hepatic Leiomyoma. College of American Pathologists Autopsy APEX 2001;AU-B10:14-17.

Collins KA and Hutchins GM, editors "Autopsy Performance and Reporting", 2nd Edition.  College of American Pathologists, Northfield, Illinois, 2003.

Bennett AT, Collins KA.  "Autopsy of Embalmed or Exhumed Remains".  Chapter 27 in Autopsy Performance and Reporting, 2nd edition, College of American Pathologists, Northfield, Illinois, 2003; 257-264.

Collins KA, Cina SJ.  "Ancillary Studies for the Autopsy".  Chapter 24 in Autopsy Performance and Reporting, 2nd edition, College of American Pathologists, Northfield, Illinois, 2003; 229-238.

Collins KA, Bennett, AT.  "Metaplastic Bone Formation in the Lung".  College of American Pathologists Autopsy APEX 2001;AU-A3:13-15.

Davis GJ, Collins KA.  "The Autopsy in Medical Education".  Chapter 34 in Autopsy Performance and Reporting, 2nd edition, College of American Pathologists, Northfield, Illinois, 2003; 329-334.

Collins KA, Grear S.  "Public Education to Revitalize the Autopsy".  Chapter 6 in Autopsy Performance and Reporting, 2nd edition, College of American Pathologists, Northfield, Illinois, 2003; 47-54.

Lantz PE, Collins KA.  "Photography in Autopsy Pathology".  Chapter 26 in Autopsy Performance and Reporting, 2nd edition, College of American Pathologists, Northfield, Illinois, 2003; 245-256.

Collins KA.  "The CAP Laboratory Accreditation Program".  Chapter 39 in Autopsy Performance and Reporting, 2nd edition, College of American Pathologists, Northfield, Illinois, 2003; 371-372.

Collins KA.  "Sex-Related Deaths".  Chapter 27 in Handbook of Forensic Pathology, 2nd edition, College of American Pathologists, Northfield, Illinois, 2003; 243-256.

Collins KA, Bennett AT.  "Elder Abuse".  Chapter 28 in Handbook of Forensic Pathology, 2nd edition, College of American Pathologists, Northfield, Illinois, 2003; 257-264.

Collins KA.  "Sudden Infant Death Syndrome".  Chapter 11 in Handbook of Forensic Pathology, 2nd edition, College of American Pathologists, Northfield, Illinois, 2003; 105-110.

Kimberly Ann Collins, MD
Curriculum Vitae
Page 38

**PUBLICATIONS (CONTINUED):**

Schandl CA, Collins KA. "The Maternal Autopsy". Chapter 17 in Autopsy Performance and Reporting, 2nd edition, College of American Pathologists, Northfield, Illinois, 2003;135-149.

Collins KA. "Examination of the Placenta". Chapter 19 in Autopsy Performance and Reporting, 2nd edition, College of American Pathologists, Northfield, Illinois, 2003;167-188.

Hutchins GM, Berman JJ, Moore GW, Hanzlick RL, Collins KA. "Autopsy Reporting". Chapter 28 in Autopsy Performance and Reporting, 2nd edition, College of American Pathologists, Northfield, Illinois, 2003; 265-274.

Collins KA, Powers JM. "Autopsy Procedures for the Brain, Spinal Cord, and Neuromuscular System" Chapter 20 in Autopsy Performance and Reporting, 2nd edition, College of American Pathologists, Northfield, Illinois, 2003;189-198.

Collins KA, Presnell SE. The Pediatric Burn Victim. ASCP Check Sample, 2003;44(7): 51-61.

Collins KA. Death by Esophageal Obstruction. ASCP Check Sample, 2003, FP 03-7; 93-101.

Christiansen LR, Collins KA. Pathologic Findings in Malignant Hyperthermia: A Case Report and Review of the Literature. Am J For Med Pathol 2004;25(4):327-333.

Marcus B, Collins KA. Childhood Panhypopituitarism Presenting as Child Abuse: A Case Report and Review of the Literature. Am J For Med Pathol 2004;25(3):265-269.

Collins KA, Hutchins GM, editors. "Introduction to Autopsy Technique, 2nd edition", College of American Pathologists, Northfield, Illinois, 2005.

Marcus BJ, Collins KA, Harley RA. Ancillary Studies in Amniotic Fluid Embolism: A Case Report and Review of the Literature. Am J Forensic Med Pathol 2005;26(1):92-95.

Presnell SE, Collins, KA. Fatal Pediatric Ingestion. ASCP Check Sample 2005;47(8):93-105.

Collins KA, Sellars K. Vertebral Artery Laceration Mimicking Elder Abuse. Am J Forensic Med Pathol 2005;26(2):150-154.

Collins KA. The History of Warfare: An Overview. USCAP website, 2005 Educational Materials, Forensic Evening Seminar.

Collins KA, Presnell SE. Differential Diagnoses in Forensic Medicine. USCAP website, 2005 Educational Materials, Short Course.

Kimberly Ann Collins, MD
Curriculum Vitae
Page 39

**PUBLICATIONS (CONTINUED):**

Knight LD, Collins, KA.  A 25 Year Retrospective Review of Deaths Due to Child Neglect.  Am J Forensic Med Pathol 2005;26(3):221-228.

Carrick CR, Collins, KA, Lee CJ, Prahlow JA, Barnard JJ.  Sudden Death due to Asphyxia by Esophageal Polyp:  Two Case Reports and Review of Asphyxial Deaths.  Am J Forensic Med Pathol 2005;26(3):275-281.

Collins KA, Presnell SE.  Asphyxia by Tracheobronchial Thrombus.  Am J Forensic Med Pathol 2005;26(4):327-329.

Batalis NI, Harley RA, Collins KA.  Iatrogenic Deaths Following Treatment for Hypertrophic Obstructive Cardiomyopathy:  Case Reports and an Approach to the Autopsy and Death Certification.  Am J Forensic Med Pathol 2005;26(4):343-348.

Batalis NI, Collins KA.  Adolescent Death:  A 15-year Retrospective Study.  J Forensic Sci 2005;50(6):1444-1449.

Zaloga W, Collins KA.  Pediatric Homicides Related to Burn Injury.  J Forensic Sci 2006;51(2):396-399.

Marcus BJ, Collins KA.  Amniotic Fluid Embolism.  American Society of Clinical Pathology Check Sample 2006.

Christiansen LR, Collins KA.  Pregnancy Associated Deaths:  A 15 Year Retrospective Study and Overall Review of Maternal Pathophysiology. Am J Forensic Med Pathol 2006;27:11-19.

Collins KA, Knight LD.  "Pediatric Forensic Pathology".  Chapter 17 in Basic Competencies in Forensic Pathology.  Northfield:  College of American Pathologists Press, 2006;135-156.

Collins KA, Dolinak D.  Epidural Hemorrhage.  College of American Pathologists, APEP 2006; AU-B10.

Collins KA, Presnell SE.  Elder Homicide:  A 20-year study.  Am J Forensic Med Pathol 2006;27(2):183-187.

Collins KA.  Elder Maltreatment: A Review.  Arch Pathol Lab Med 2006;130(9):1290-1296.

Christiansen LR, Collins KA.  Natural Death in the Forensic Setting:  A Study and Approach to the Autopsy. Am J Forensic Med Pathol 2007;28(1):20-23.

Kimberly Ann Collins, MD
Curriculum Vitae
Page 40

**PUBLICATIONS (CONTINUED):**

Marcus BJ, Presnell SE, Collins KA.  Adenocarcinoma Metastatic to the Heart. College of American Pathologists, APEP 2007; AU-A4.

Presnell SE, Collins KA.  Hirschsprung Disease.  College of American Pathologists, APEP 2007; AU-A5.

Collins KA, Presnell SE.  Elder Neglect and the Pathophysiology of Aging.  Am J Forensic Med Pathol 2007;28(2):157-162.

Sheil AT, Collins KA.  Fatal Birth Trauma due to an Undiagnosed Abdominal Teratoma:  Case Report and Review of the Literature.  Am J Forensic Med Pathol 2007;28(2):121-127.

Sheil AT, Collins KA, Schandl CA, Harley RA.  Fatal Neurotoxic Response to Neuroleptic Medications:  Case Report and Review of the Literature. Am J Forensic Med Pathol 2007;28(2):116-120.

Adeagbo BA, Clark C, Collins KA.  Homicide by Youth Assailants.  Am J Forensic Med Pathol 2008;29(3):219-223.

Marcus BJ, Kaplan J, Collins KA. A Case of Ludwig Angina:  A Case Report and Review of the Literature.  Am J Forensic Med Pathol 2008;29(3):255-259.

Collins KA, Spencer D.  Pancreatic Diabetes.  College of American Pathologists, APEP 2008.

Rose KL, Collins KA.  Ecchordosis.  College of American Pathologists, APEP 2010.

Collins KA.  "Neonaticide".  Chapter 2 in Pediatric Homicide, Karen Griest ed. New York: CRC Press, 2010.

Collins KA.  "Intentional Starvation/Malnutrition and Dehydration in Children".  Chapter 7 in Pediatric Homicide, Karen Griest ed. New York: CRC Press, 2010.

Rose KL, Collins KA.  Vitreous Postmortem Chemical Analysis.  NewsPath 2008;Dec: 1-3.

Collins, KA, editor. "Special Autopsy Dissections", Northfield:  College of American Pathologists Press, 2010.

Collins KA, Lantz PE.  "Pediatric Ribs and Long Bones".  Chapter 6 in Special Autopsy Dissections, Collins, KA ed.  Northfield:  College of American Pathologists Press, 2010.

Collins KA.  Adolescent Russian Roulette Deaths.  Am J Forensic Med Pathol 2010;31:4-6.

Kimberly Ann Collins, MD
Curriculum Vitae
Page 41

## PUBLICATIONS (CONTINUED):

Rose KL, Collins KA. Left Atrial Infarction: A Case Report and Review of the Literature. Am J Forensic Med Pathol 2010;31:1-3.

Batalis NI, Marcus BJ, Papadea CN, Collins KA. The Role of Postmortem Cardiac Markers in the Diagnosis of Acute Myocardial Infarction. J Forensic Sci 2010;55(4):1088-1091.

Collins KA. In Memoriam: Grover M. Hutchins, MD: 1932-2010. Arch Pathol Lab Med 2010;134: 1581-2.

Corey TS, Collins KA. Pediatric Forensic Pathology. In Stocker JT and Dehner LP, Pediatric Pathology, 3rd ed. Chapter 7. Philadelphia: Lippincott, Williams, and Wilkins/Wolters Kluwer Health, 2010: 252-290.

Collins KA. Postmortem Vitreous Analysis. eMedicine Autopsy Textbook, 2011. http://emedicine.medscape.com/article/1966150-overview.

Cina SJ, Collins KA, Goldberger BA. Toxicology: What is Routine for Medicolegal Death Investigation Purposes? Acad For Path 2011;1:28-31.

Collins KA. Review of: Healthcare Crime: Investigating Abuse, Fraud, and Homicide by Caregivers. J Forensic Sci 2012;57(4):1146-1147.

Collins, KA. "Elder Abuse", Chapter 171 in Encyclopedia of Forensic Sciences, 2nd edition. Seigel JA and Saukko PJ, eds. Waltham: Elsevier Publishing, 2013.

Hughes RL, Collins KA, Sullivan KE. A Case of Fatal Iliac Vein Rupture Associated with May-Thurner Syndrome. Am J Forensic Med Pathol 2013;34(3)222-224.

Heninger M, Collins KA. Acute Bacterial Meningitis with Coincident Methamphetamine Use: A Case Report and Review of the Literature. J Forensic Sci 2013;58(4):1088-1091.

Collins KA. The Underweight Elder: Maltreatment, Self-Neglect, or Normal Aging? Acad Forensic Pathol 2013;3(1):40-45.

Collins KA. Charleston SC: Reversion From a Medical Examiner/Coroner Dual System to a Coroners System. Acad Forensic Pathol 2014;4(1):60-64.

Collins KA, Byard RW. Forensic Pathology of Infancy and Childhood. Collins KA and Byard RW, eds. New York: Springer Publishing, 2014

Collins KA. Fetal, Intrapartum, and Neonatal death. Chapter 4 in Forensic Pathology of Infancy and Childhood. Collins KA and Byard RW, eds. New York: Springer Publishing, 2014.

Kimberly Ann Collins, MD
Curriculum Vitae
Page 42

## PUBLICATIONS (CONTINUED):

Byard RW, Collins KA. The Disabled Child. Chapter 35 in Forensic Pathology of Infancy and Childhood. Collins KA and Byard RW, eds. New York: Springer Publishing, 2014.

Collins KA, Reed RC. Birth Trauma. Chapter 6 in Forensic Pathology of Infancy and Childhood. Collins KA and Byard RW, eds. New York: Springer Publishing, 2014.

Collins KA, Tatum CJ, Lantz PE. Cardiopulmonary Resuscitation Injuries in Children. Chapter 14 in Forensic Pathology of Infancy and Childhood. Collins KA and Byard RW, eds. New York: Springer Publishing, 2014.

Collins KA. Pediatric Suicide. Chapter 25 in Forensic Pathology of Infancy and Childhood. Collins KA and Byard RW, eds. New York: Springer Publishing, 2014.

Special Guest Editor for Academic Forensic Pathology, September issue: Vulnerable Populations. 2014;4(3).

Howe JA, Collins KA, King PS, Yeoman C. Investigation of Elder Deaths. Acad Forensic Pathol 2014;4(3):290-304.

Collins KA. The Negative Older Adult Autopsy: Why Do They Die? Acad Forensic Pathol 2015;5(1):83-90.

Collins KA. Beyond the Autopsy: Special Procedures Performed Postmortem. Acad Forensic Pathol 2015; 5(2): 280-290.

Collins KA. The Pediatric Forensic Autopsy. Chapter 37 in Encyclopedia of Forensic and Legal Medicine, 2nd ed. Payne-James J and Byard RW, eds. Waltham: Elsevier, 2014.

Collins KA. Cardiopulmonary Resuscitation Injuries. Chapter 119 in Encyclopedia of Forensic and Legal Medicine, 2nd ed. Payne-James J and Byard RW, eds. Waltham: Elsevier, 2014.

Collins KA. Elder Maltreatment. Chapter 161 in Encyclopedia of Forensic and Legal Medicine, 2nd ed. Payne-James J and Byard RW, eds. Waltham: Elsevier, 2014.

Collins KA. The Future of the Forensic Pathology Workforce. Acad Forensic Pathol 2015;5(4):526-533.

## IN PRESS
Collins KA, ed. Autopsy, Performance, and Reporting, 3rd edition, College of American Pathologists, Northfield, Illinois, 2015.

Grear S, Collins KA. Public Education to Revitalize the Autopsy. Autopsy Performance and Reporting, 3rd edition, College of American Pathologists, Northfield, Illinois, 2015.

Kimberly Ann Collins, MD
Curriculum Vitae
Page 43

Collins KA, Cina SJ. Ancillary Studies for the Autopsy. Autopsy Performance and Reporting, 3rd edition, College of American Pathologists, Northfield, Illinois, 2015.

**PUBLISHED ABSTRACTS:**

Kimberly Ann Collins, MD
Curriculum Vitae
Page 44

Collins KA, Geisinger KR, Wakely P Jr, Olympio GA, Silverman JF. Extragonadal Germ Cell Tumors: A Fine Needle Aspiration Biopsy Study. Acta Cytologica 1991;35(5):597.

Collins KA, Geisinger KR, Cappellari JO, Hopkins MB III. Atypical Lymphocytosis in Ascitic Fluid in Young Children: A Potential Diagnostic Challenge. Acta Cytologica 1992;36(4):597.

Collins KA, Geisinger KR, Block SM, Wagner PH. The Cytologic Evaluation of Lipid-Laden Alveolar Macrophages as an Indicator of Aspiration Pneumonia. Acta Cytologica 1992;36(4):597.

Collins KA, Geisinger KR, Raab S, Silverman JF. Fine Needle Aspiration Biopsy of Hepatic Lymphomas: Cytomorphology and Ancillary Studies. Acta Cytologica 1993;37(5):812.

Collins KA, Davis GJ. Unusual Case of Angiotrophic Large Cell Lymphoma Involving the Central Nervous System. Southern Medical Journal 1993;86(9):S98.

Collins KA, Rao PN, Hayworth R, Geisinger K, Pettenati MJ. Identification of Male Cells Using FISH With Y-probes in Cervicovaginal Smears in Alleged Sexual Assault Cases. J Hum Genet 1993;53(3):S535.

Collins KA, Leshin B, White WL. The Presence of BCL-2 Protein Preceeds ICAM-1 Expression in Early Evolving Malignant Melanoma. Laboratory Investigation 1994;70(1):45A.

Collins KA, Geisinger KR, Rao PN, Lantz PE, Pettenati MJ, Parsons LH, Tap MP, Schnell S, Hayworth-Hodge R. Application of Molecular Cytogenetics to Cervicovaginal Smears in Alleged Sexual Assault Cases. Acta Cytologica 1994;38(5):795.

Pettenati MJ, Rao PN, Collins KA, Parsons LH, Lantz PE, Geisinger KR. Identification of Male Epithelial Cells in Cervicovaginal Smears Using Fluorescence In Situ Hybridization: Application in Sexual Assault and Molestation. Am J Hum Genet 1994;55: A115.

El Bahtimi R, Collins KA. Sudden Infant Death Syndrome: A Ten Year Retrospective Study of Pulmonary Histopathology. Modern Pathology 1997;10(1): 4A.

Collins KA, White WL, Shogreen MR. The Use of Polymerase Chain Reaction to Detect Evidence of Y Chromosome-Positive Cells in Cases of Sexual Assault. Modern Pathology 1997; 10(1):181A.

Revised: August 16, 2015

# Attachment B

(Report of Kim Collins)

**KIM A. COLLINS, MD, FCAP**
**FORENSIC PATHOLOGIST**
**1333 MARTINS POINT ROAD**
**WADMALAW ISLAND, SC 29487**

October 30, 2018

Mr. Russell W. Harter, Jr.
Chapman, Harter and Harter, P.A.
14 Lavinia Avenue
Greenville, South Carolina 29601

Re: LaKrystal Coats, as PR of the Estate of Demetric Cowan vs. Greenwood County, et al.
    Case number: 1:16-CV-02735-TLW-SVH

Dear Mr. Harter:

I am a Forensic Pathologist, board certified in Anatomic Pathology, Clinical Pathology, and Forensic Pathology. I practiced Forensic Pathology from 1995-2008 at the Medical University of South Carolina as a Professor of Pathology and Laboratory Medicine and have served as Director of both the Autopsy Pathology and Forensic Pathology Sections during this time. I also served as Chief Medical Examiner of Charleston County. From 2008 to 2013, I served as a Forensic Pathologist at the Fulton County Medical Examiner's Office in Atlanta, Georgia.

I currently practice at Newberry Pathology Associates in Newberry, SC. I perform postmortem investigations and examinations including utilizing the autopsy to determine the cause and manner of death as well as any underlying pathological conditions or trauma. I have performed over 3000 autopsies with microscopic examinations and interpretation of ancillary studies as well as conducted death scene investigations. I have been qualified as an expert in forensic pathology approximately 250 times in state, federal, and military court. I have never been disqualified as an expert in pathology or forensic pathology. On a state and national level, I am past Chair of the College of American Pathologists Autopsy Committee, past President of the South Carolina Society of Pathologists, and an active member of the National Association of Medical Examiners and the American Academy of Forensic Sciences. I am past Chair of the Pathology Biology section of the American Academy of Forensic Sciences. Currently, I serve on the Board of Directors for the National Association of Medical Examiners and am President for the organization. I have presented research at numerous national meetings and published in excess of 75 peer-reviewed manuscripts. I serve on the editorial boards of Archives of Pathology and Laboratory Medicine; The American Journal of Forensic Medicine and Pathology; The Journal of Forensic Sciences; Journal of Forensic Science, Medicine, and Pathology; Academic Forensic Pathology Journal; and as Section Editor for the Pathology Text of eMedicine. Please see attached curriculum vitae.

1

I have reviewed the case of Demetric Cowan which includes the following:

- Complaint
- Answer of City Officers
- Answers of Tony Davis and County Officers
- Four DVDs: CAM 241 on 3-12-2016 and 3-13-2016, one labeled body cam
- 75 color photographs from the detention center with the decedent
- SLED investigative report
- Thumb drive of entire SLED file, video at the digit of the arrest, video of detainment of decedent, 911 Recording
- SC Department of Corrections report of inmate death
- Greenwood County Detention Center policies and procedures
- Greenwood County Detention Center Watch Records
- Greenwood County EMS record
- Voluntary statements, witness statements
- Postmortem Records
  - Autopsy report, O8-16-53
  - Toxicology report
  - Greenwood County Coroner file
  - Black and white xeroxed photographs

The case involves the death of 38-year-old Demetric Cowan. On March 12, 2016 at approximately 9:30pm, Demetric Cowan was driving a vehicle and was pulled over by police officers. He resisted search and arrest. The officers found marijuana and a bag of pills which Mr. Cowan threw beneath the car. The officers searched his mouth but did not find anything. He was arrested and taken to the Greenwood County Detention Center. He was very compliant and respectful while in the squad car.

He entered the detention center at 10:07 pm. His actions were unremarkable with no signs of alcohol or drug intoxication or toxicity. He did not exhibit any unusual behavior such as excitability, agitation, violence, psychosis, or excited delirium. He entered his appointed cell with no resistance or abnormal behavior. He was alone in the cell until 3:06 am when another individual was placed in the cell with him. While in the cell he vomited. The officers moved him to the adjacent cell at 3:34; he crawled instead of walked to that cell.

At 3:45am he was noted to be shaking. At 4:13am, an officer noticed that he is not breathing and was without a pulse, so she called 911. He was pronounced at 4:17am.

A complete autopsy was performed the following morning. The entire gastrointestinal tract was examined, and neither cocaine fragments nor a bag was identified. Toxicology was positive for: Cocaine = 6.4 mg/L, Benzoylecgonine = 5.2 mg/L, THC = 14 µg/L, 11-hydroxy THC=2.7 ug/L, and 11-carboxy THC= 28 ug/L. The cause of death was acute cocaine toxicity.

Later, his cellmate relates that Mr. Cowan told him he had swallowed a bag of cocaine. This information was not relayed to the officers by the cellmate at any time before Mr. Cowan's death. Mr. Cowan did not tell any of the officers that he had swallowed a bag of cocaine. Body stuffing is the act of swallowing a drug in an effort to conceal the drug and avoid arrest. Signs and symptoms of toxicity appear seconds-to-minutes after the bag ruptures. Such signs and symptoms include chest pain, delirium, hyperactivity, muscle rigidity, seizures, respiratory arrest, and coma. Death is usually rapid, secondary to the acute effects on the brain, heart, and respiratory system. As evidenced by the video tapes and records, Mr. Cowan's actions and behavior were not those of an individual with acute cocaine toxicity. He vomited, was crawling, and, near the time of his death, was shaking. These signs are non-specific and could be due to other entities including alcohol detoxing. Only by Mr. Cowan reporting to the officers that he swallowed a bag of cocaine, could any life-saving treatment be administered. By the time he started shaking and became unresponsive, not only was the diagnosis impossible to confirm but it was too late to successfully treat the toxicity.

This is an opinion letter to a reasonable degree of medical certainty of my findings based on the information provided. If any additional records or documentation are received, I reserve the right to amend or supplement my report.

Respectfully,

Kim A. Collins, MD
Forensic Pathologist