<div style="border: 1px solid black; text-align: center;">
**HONORABLE TERRY L. WOOTEN**
**FEBRUARY/MARCH 2020 TERM OF COURT**
</div>

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**AIKEN DIVISION**

**LaKrystal Coats, etc.**                                                                                     1:17-2930-TLW

V

**Sidney Montgomery, et al.**

    **PLEASE TAKE NOTICE** that **jury selection** for this case will take place on **Thursday, February 13, 2020 at 9:30 AM** at the Clement F. Haynsworth Federal Building, 200 East Washington Street, Greenville, South Carolina, Honorable Terry L. Wooten, Presiding. The trial is scheduled to begin on **Tuesday, March 3, 2020 at 9:30AM in Courtroom #1** at the Clement F. Haynsworth Federal Building, 200 East Washington Street, Greenville, South Carolina.

    Trial briefs are expected to be submitted in this case at least ten (10) days prior to the beginning of the term of court in accordance with Local Rule 26.05 D.S.C. Submit a hard copy to the Clerk's Office at 901 Richland Street, Columbia, SC 29201 for Chambers. Do not e-file.

    The court will submit written interrogatories to the jury venire for this term of court. Copies of the responses and the jury list will be available for purchase at AIM Mail Center (located at 8595 Pelham Road, Suite 400, Greenville, SC 29615, Phone 864-242-2900) on **February 6, 2020.** Copies of the responses will be available for review at the Clerk's Office in Columbia during the same period. **THESE INTERROGATORIES WILL NOT BE REPEATED AT JURY SELECTION**.

**PURSUANT TO LOCAL RULE 47.02**, attorneys and parties must comply with a new procedure for inspecting Juror Questionnaires/Jury List.  You must make your request on a "JUROR QUESTIONNAIRE FORM", a copy of which is available on our website.   After completion, a deputy clerk must approve it.  You must present the approved form to the printer to purchase questionnaires.  The information contained in the questionnaires is to be used solely for evaluating potential jurors for jury service for your case and is not to be used or distributed for any other purpose.   If you have any questions about this procedure, please call the Clerk's office at (803) 765-5816.

**IF THE CASE SETTLES, PLEASE NOTIFY THE CLERK'S OFFICE.**

In accordance with the provisions of 28 USC Section 636(c), you are notified that the United States Magistrate Judges of the District Court, in addition to their other duties, may, upon consent of all parties in a civil case and with the approval of the District Judge, conduct any and all proceedings, including a jury or non-jury trial, and order the entry of a final judgment.  The consent form is located on the website and should be submitted to the Clerk's office.   It is also required that:

1. **All requests for voir dire shall be e-filed in CM/ECF at least one week prior to the beginning of the term of court.**

2. **Attorneys for each side shall at least five (5) days prior to trial, meet for the purpose of agreeing and marking all exhibits to be used at trial, and where possible, agree on the admissibility of all trial exhibits.  In the event there is an objection to any exhibit, the attorneys shall notify the court of such objection to the exhibit.  The attorneys shall notify the court of such objection at least two (2) days prior to trial, otherwise, such objection will be deemed waived.**

3. **Strikes for Cause are due no later than noon two (2) business days prior to jury selection.  These should be e-filed in CM/ECF using the event located under Trial Documents entitled "Request to Strike for Cause".  A Request to strike  form is located on the website, www.scd.uscourts.gov.**

Attachments previously included in the calendar are now located on our website: www.scd.uscourts.gov

If any cases are settled, or if you have any questions concerning this calendar, please contact Karen

Boston in the Columbia Clerk's Office at (803) 253-3477.

<div style="text-align: center;">AT THE DIRECTION OF THE COURT</div>

ROBIN BLUME, CLERK
January 24, 2020

**PURSUANT TO LOCAL RULE 83.I.06, THIS ROSTER IS BEING SENT ONLY TO LOCAL COUNSEL**