IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
AIKEN DIVISION

| | | |
|---|---|---|
| LaKrystal Coats, as Personal Representative of the Estate of Demetric Cowan, | ) | C/A    1:17-2930-TLW |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | |
| Sidney Montgomery, Roy Murray, and Pamela Osborne, all in their individual capacities, | ) | |
| | ) | |
| Defendants. | ) | |

The court having now been advised by counsel for the parties that this case has settled,

IT IS ORDERED that this action is hereby dismissed without costs and without prejudice. The dismissal hereunder shall be *with prejudice* if no action is taken within sixty (60) days from the filing date of this Order.

IT IS SO ORDERED.

February 24, 2020                           s/Terry L. Wooten
Columbia, SC                                Terry L. Wooten
                                            Senior United States District Judge